UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In the Matter of the Complaint )  CIVIL ACTION
of Bruce Investment Co., Inc., )
as the Owner of M/V SUPPLIER, and )  NO. 00-0372
Gulf Tran, Inc., as the )
Operator of M/V SUPPLIER, )
Praying for Exoneration from )  SECT. S MAG. 2
or Limitation of Liability )  JUDGE
Pursuant to 46 U.S.C. §§ 183 )  MAGISTRATE
et seq. )
_____)

**ORDER DIRECTING ISSUANCE OF RESTRAINING ORDER**
**AGAINST PROSECUTION OF CLAIMS**

A Complaint having been filed herein, on the 4th day of February, 2000, by Bruce Investment Co., Inc. and Gulf Tran, Inc. claiming Exoneration from or Limitation of Liability provided in 46 U.S.C. §§183-189, for all losses, damages, injuries and/or destruction allegedly resulting from the occurrences referred to in the foregoing complaint, and plaintiffs having filed a bond for costs and an *Ad Interim* Stipulation for the value of the said vessel and its pending freight, all as is required by the Rules of this Court, and by law.

**NOW, THEREFORE**, on motion of Lee M. Peacocke of Salley & Associates, attorneys for plaintiffs:

**IT IS ORDERED** that the bond for costs in the sum of Two Hundred Fifty and No/100 ($250.00) Dollars executed on the 4th day of February, 2000, by plaintiffs as principal and American Guarantee and Liability Insurance Co., as surety, be accepted and approved as to quantum, form and surety, and;

-1-

DATE OF ENTRY FEB 09 2000

**IT IS FURTHER ORDERED** that the stipulation for value of plaintiffs' interests in M/V SUPPLIER and its pending freight, in the principal amount of Five Hundred Fifty Thousand and No/100 ($550,000.00), with interest thereon at the rate of Six (6%) per cent per annum from date hereof, executed on the 4th day of February, 2000 by plaintiffs, as principal and American Guarantee and Liability Insurance Co., as surety, and filed herein by plaintiffs, be accepted as an *Ad Interim* Stipulation for the purpose of a limitation proceeding, and that it be approved as to form, quantum, and surety; and

**IT IS FURTHER ORDERED** that plaintiffs and any claimant who may properly become a party hereto may contest the amount of value of plaintiffs' interests in the M/V SUPPLIER and its pending freight, if any, as fixed in said *Ad Interim* Stipulation, and may move the Court for due appraisal of said interests and may apply to the Court to have the amount of said stipulation increased or diminished as the case may be, on the determination by the Court of the amount or value of said interests; and

**IT IS FURTHER ORDERED** that a notice issue out of and under seal of the Clerk of this Court admonishing all persons asserting claims for any and all losses, damages, injuries or destruction allegedly resulting from or incidental to the occurrences and happenings recited in the Complaint to file their respective claims with the Clerk of this Court at United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana, on or before the _7_ day of _April_, 2000, and to

serve same on plaintiffs' attorneys, Fred E. Salley of Salley & Associates, 3510 N. Causeway Blvd., Suite 601, Metairie, Louisiana 70002, a copy thereof, and requiring any claimant who desires to contest plaintiffs' rights to Exoneration from or Limitation of Liability to file and serve an Answer to the Complaint unless his claim has included an Answer.

**IT IS FURTHER ORDERED** that publication of the aforesaid notice in the form required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims be published in the newspaper of general circulation within the City of New Orleans, Louisiana, namely the Times-Picayune, once each week for four successive weeks prior to the date fixed for the filing of claims;

**IT IS FURTHER ORDERED** that the commencement or further prosecution of any action or proceeding against the plaintiffs, their underwriters, their employees, or any of their property with respect to any claims for which plaintiffs seek limitation, including any claim arising out of or connected with any loss, damage, injury, or destruction resulting from the casualty described in the Complaint, be and the same hereby is **STAYED** and **RESTRAINED** until the hearing and determination of this proceeding.

**IT IS FURTHER ORDERED**, that plaintiffs, no later than the second date of publication of the notice ordered herein, shall mail a copy of the notice to every person known to have made any claim against the M/V SUPPLIER or the plaintiffs arising out of the casualty described in this complaint.

      **THUS DONE SIGNED** at New Orleans, Louisiana, this _7_ day of February, 2000.

                                                                         UNITED STATES DISTRICT JUDGE