UNITED STATES DISTRICT COURT    FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA EASTE...

2000 MAY 15  A 9: 08

LORETTA G. WHYTE

| | |
|---|---|
| In the Matter of the Complaint ) | CIVIL ACTION |
| of Bruce Investment Co., Inc. ) | |
| as the Owner of M/V SUPPLIER, and ) | NO.   00-372 |
| Gulf Tran, Inc., as the ) | |
| Operator of M/V SUPPLIER, ) | §S(2) |
| Praying for Exoneration from ) | |
| or Limitation of Liability ) | |
| Pursuant to 46 U.S.C. §§ 183 ) | JUDGE LEMMON |
| *et seq.* ) | MAGISTRATE JUDGE |
| ) | WILKINSON |

## *EX-PARTE* MOTION AND ORDER FOR ENTRY OF ORDER NOTING DEFAULTS

**NOW INTO COURT**, through undersigned counsel, come Bruce Investment Co.,

Inc. and Gulf Tran, Inc., who would move this Court *ex parte* for an Order Noting

Defaults on the basis of the attached affidavit of Lee M. Peacocke, attorney for Bruce

Investment Co., Inc. and Gulf Tran, Inc., and on the basis that the time for filing claims

in this action as allowed by this Court has now expired; thereby entitling plaintiffs to the

entry of default as a matter of law.

### O R D E R

It Appearing from the record herein that an Order Directing Issuance of

Restraining Order has been duly issued against all persons claiming damages for any

and all loss, damage or injury allegedly resulting on or about December 24, 1998, while

M/V SUPPLIER was on a voyage in the Gulf of Mexico, offshore of Louisiana from a

platform located in Ship's Shoal Block 354 to Port Fourchon, Louisiana all as is set forth

more fully in the Complaint filed herein, citing all persons to file their claims with the

Clerk of this Court on or before April 7, 2000; and publication of Notice of Complaint for

Exoneration From or Limitation of Liability having been duly given as required by the

DATE OF ENTRY

MAY 1 7 2000

-1-



Supplemental Rules of the Federal Rules of Civil Procedure and the Local Rules of this Court and Notice of the Complaint for Exoneration from or Limitation of Liability having been sent to all parties as required by Supplemental Rule F(4) of the Federal Rules of Civil Procedure as having been duly proven by the Affidavit of Lee M. Peacocke filed herein;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** all parties who have not filed claims in this proceeding are barred and precluded from filing any claims and answers in this action or any other proceeding against Bruce Investment Co., Inc. and Gulf Tran, Inc. for the events as described in the Complaint for Exoneration from or Limitation of Liability.

**THUS DONE AND SIGNED** this _17th_ day of _May_____, 2000 at **NEW ORLEANS, LOUISIANA.**

LORETTA G. WHYTE
_____
CLERK OF COURT

Respectfully submitted,

_____
FRED E. SALLEY, T.A. (11665)
LEE M. PEACOCKE (18374)
SALLEY & ASSOCIATES
3445 N. Causeway Blvd., Suite 510
Metairie, Louisiana 70002
Telephone: (504) 846-4260
Counsel for Plaintiffs,
Bruce Investment Co., Inc. and
Gulf Tran, Inc.

LORETTA G. WHYTE, Clerk
By_____
Deputy Clerk