UNITED STATES DISTRICT COURT
FILED

June 7, 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. White
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE INVESTMENT CO., INC.
petitioner

GULF TRAN, INC., ET AL.
petitioner

CIVIL ACTION

NO. 00-0372

SECTION "S"

PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held BY TELEPHONE on July 20, 2000 at 10:45 a.m.  for the purpose of scheduling discovery deadlines, a pre-trial conference and trial date. You must return the attached questionnaire  5  days before the preliminary conference.

TRIAL COUNSEL or a representative who if fully acquainted with all details of the case and authorized to enter into any necessary agreements must participate in the conference. Any motion to Continue must be filed one week prior to the above date.

June 7, 2000

David Stechmann /(504) 589-7690
Courtroom Deputy, Section "S"

NOTICE:
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE

COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

__FEE_____
X_PROCESS_____
X_CHARGE___DS_____
__INDEX_____
__ORDER_____
X_HEARING__DS_____
DOCUMENT NO._____

```
CASE NO. _____ "S"     UNITED STATES DISTRICT COURT     SUBMITTED BY: _____
                         EASTERN DISTRICT OF LOUISIANA     _____
```

1.  Is this a jury or non-jury trial?          Jury___  Non-jury___

2.  How many days do you estimate for trial?      _____

3.a. Realistically, when do you think that this
     case will be ready to go to trial?           _____

  b. Has this case previously been continued by
     the court?                               Yes___          No___

  c. Would all parties consent to trial before a
     magistrate in order to have the earliest
     trial date?                              Yes___          No___

4.  Has a firm demand for settlement been
    submitted?                                Yes___          No___
    Responded to?                             Yes___          No___

  a. Would all parties consent to referral to
     a magistrate for settlement conference?  Yes___          No___

  b. Would all parties submit to arbitration
     or mediation?                            Yes___          No___

5.  Are any further amendments to pleadings
    anticipated?                              Yes___          No___

6.  Is discovery complete?                    Yes___          No___

7.  Have all expert reports been exchanged?   Yes___          No___

8.  Are there any pending motions?            Yes___          No___

  a. Under submission? (list)
     _____
     _____

  b. Awaiting hearing? (list)
     _____
     _____

  c. Can this case be disposed of by Summary
     Judgment?                                Yes___          No___

9.a. Do you anticipate any special problems in
     the trial of this case?                     _____

  b. On a scale of 1 - 10 how difficult are
     the legal issues?                           _____