

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                         CIVIL ACTION

                                               NO: 00-0372

BRUCE INVESTMENTS ET AL.                       SECTION: "S" (2)


**IT IS ORDERED** that the parties contact Magistrate Judge Joseph C. Wilkinson, Jr. within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 19th day of September, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 1 9 2000

Fee_____
Process_____
X / Dktd  19
✓ CtRmDep_____
Doc.No. 20