

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: BRUCE INVESTMENT CO., INC.                CIVIL ACTION

NO. 00-372

SECTION "S" (2)

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **November 28, 2000 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

<u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **November 27, 2000**, for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

New Orleans, Louisiana, this _26TH_ day of September, 2000.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY

SEP 2 6 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.