FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 29  AM 10: 11

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 28, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE INVESTMENT CO., INC. ETC.                CIVIL ACTION

                                               NO.   00-372

                                               SECTION "S" (2)

A settlement and status conference was conducted on this date. Counsel reported that because discovery is not substantially complete, they are not presently in a position to discuss settlement in a meaningful fashion. Considering the record and the representations of counsel concerning the status of discovery, IT IS ORDERED that the case will proceed as follows:

No later than December 6, 2000, after consulting with his client and other counsel, counsel for Bruce Investment and Gulf Tran must report to the Court, in writing, the

DATE OF ENTRY
NOV 2 9 2000

Fee_____
Process_____
X  Dktd____
___ CtRmDep___
Doc.No. 50

specific date, time and place on which the inspections pursuant to Fed. R. Civ. P. 34 will occur of (1) the M/V Supplier, and (2) the warehouse where bunks of the type at issue in this case are stored. Bruce and Gulf Tran must arrange these inspections promptly and are responsible for insuring that these premises are made available for inspection and all related activities permitted by Rule 34.

The Rule 30(b)(6) deposition of Gulf Tran must be conducted on December 19, 2000 beginning at 2:00 p.m. in the law office of Gulf Tran's counsel in Covington, Louisiana. Claimant Hines must file his notice of this Rule 30(b)(6) deposition no later than November 29, 2000.

The deadline for completion of discovery, including all depositions for perpetuation purposes, is hereby extended to January 5, 2001. All other previously set dates and deadlines remain unaltered.

A settlement conference is scheduled before the undersigned magistrate judge on January 4, 2001 at 10:00 a.m. All counsel must submit their confidential settlement position letters to me no later than January 3, 2001 at 5:00 p.m.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE