FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -3 PM 1:18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE INVESTMENT CO., INC. ETC.                    CIVIL ACTION

                                                   NO. 00-372

                                                   SECTION "S" (2)

In light of the continuance of the trial date in this matter, counsel have requested that the settlement conference set before the undersigned magistrate judge on January 4, 2001 should be postponed to be reset at a later date. Accordingly,

**IT IS ORDERED** that **Settlement Conference** previously set in this case on January 4, 2001 is hereby POSTPONED to be reset at a later date.

New Orleans, Louisiana, this 3rd day of January, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  JAN 0 3 2001