FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 20  PM 4: 35

LORETTA G. WHYTE
         CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Civil Action |
| Bruce Investment Co., Inc., as the | ) | |
| Owner of M/V SUPPLIER, and | ) | No. 00-0372 |
| Gulf Tran, Inc., as the Operator of | ) | |
| M/V SUPPLIER, Praying for Exoneration | ) | Section "S" |
| from or Limitation of Liability Pursuant | ) | |
| to 46 U.S.C. §§ 183 *et seq.* | ) | Magistrate "2" |
| | ) | |

**WHITE WING INSPECTION, INC.'S ANSWER TO COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

NOW INTO COURT, through undersigned counsel, comes White Wing Inspection, Inc., and hereby answers the Complaint for Exoneration From or Limitation of Liability of Bruce Investment Company, Inc. and Gulf Tran, Inc. as follows:

I.

Admit.

II.

Admit.

III.

With respect to the allegations of paragraph III, it is admitted that on

-1-

___Fee_____
___Process____
_X_ Dktd  ___
___CtRmDep___
Doc.No. 58

December 24, 1998, Bruce Investment Company, Inc. was the owner of an all steel welded twin screw oilfield utility vessel, M/V SUPPLIER, Official No. 618162, of 96 gross registered tons. The remaining allegations of paragraph III are denied.

IV.

Admit.

V.

Denied.

VI.

Denied for lack of sufficient information upon which to form a belief as to the truth or falsity thereof.

VII.

Denied for lack of sufficient information upon which to form a belief as to the truth or falsity thereof.

VIII.

Admit.

IX.

The allegations of paragraph IX are admitted, except that the answering party lacks sufficient information upon which to form a belief as to the truth or falsity as to the value of the M/V SUPPLIER.

X.

It is admitted that Bruce Investment Company, Inc. and Gulf Tran, Inc. have claimed the benefit of limitation of liability; however, they are not entitled to such limitation.

XI.

It is admitted that there is admiralty and maritime jurisdiction. The remaining allegations of paragraph XI are denied for lack of sufficient information upon which to form a belief as to the truth or falsity.

WHEREFORE, Bruce Investment Company, Inc. and Gulf Tran, Inc. should be denied the benefits of limitation of liability, and should be held fully responsible to Todd Ballard Hines for whatever damages he contends that he suffered while being transported on the M/V SUPPLIER.

Respectfully submitted,

McALPINE & COZAD

_____
Richard A. Cozad (#4537)
John R. Fitzgerald (#16916)
701 South Peters Street
Suite 300
New Orleans, LA 70130
Phone: (504) 561-3323
Fax: (504) 528-9442
Attorneys for White Wing Inspection, Inc.

-3-

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
John Fitzgerald

JRF/kpc/54712

0327-5883