FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 20  PM 4: 35

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Civil Action |
| Bruce Investment Co., Inc., as the | ) | |
| Owner of M/V SUPPLIER, and | ) | No. 00-0372 |
| Gulf Tran, Inc., as the Operator of | ) | |
| M/V SUPPLIER, Praying for Exoneration | ) | Section "S" |
| from or Limitation of Liability Pursuant | ) | |
| to 46 U.S.C. §§ 183 *et seq.* | ) | Magistrate "2" |
| | ) | |

### UNOPPOSED MOTION FOR LEAVE TO FILE CLAIM IN LIMITATION PROCEEDINGS PAST THE CLAIMS BAR DATE

NOW INTO COURT, through undersigned counsel, comes White Wing Inspection, Inc., and hereby files this unopposed Motion to allow the filing of an untimely claim in the above captioned limitation proceeding past the claims bar date. White Wing Inspection, Inc. was not sued until several months after the claims bar filing date established by this Court. Undersigned counsel has spoken with counsel for all other parties in this action, and they have no objection to the filing of a claim beyond the claims bar date.

WHEREFORE, the Court should allow the filing of the claim of White Wing Inspection, Inc.

DATE OF ENTRY
FEB 2 2 2001

Doc.No.

Dated this 20th day of February, 2001.

                          Respectfully submitted,

                          McALPINE & COZAD

                          _____
                          Richard A. Cozad (#4537)
                          John R. Fitzgerald (#16916)
                          701 South Peters Street
                          Suite 300
                          New Orleans, LA 70130
                          Phone: (504) 561-3323
                          Fax: (504) 528-9442
                          Attorneys for White Wing Inspection, Inc.

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 20th day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Civil Action |
| Bruce Investment Co., Inc., as the | ) | |
| Owner of M/V SUPPLIER, and | ) | No.  00-0372 |
| Gulf Tran, Inc., as the Operator of | ) | |
| M/V SUPPLIER, Praying for Exoneration | ) | Section "S" |
| from or Limitation of Liability Pursuant | ) | |
| to 46 U.S.C. §§ 183 *et seq.* | ) | Magistrate "2" |
| | ) | |

## **ORDER**

IT IS ORDERED that the Motion to allow the filing of a claim by White Wing Inspection, Inc. after the lapsing of the claims bar date is hereby GRANTED.

Dated this 21 day of February, 2001.

United States District Judge
Honorable Sarah S. Vance

JRF/kpc/54716                                                                                                0327-5883

-3-