

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FEB 22 2001
2001 FEB 22 AM 11: 21
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Civil Action |
| Bruce Investment Co., Inc., as the | ) | |
| Owner of M/V SUPPLIER, and | ) | No. 00-0372 |
| Gulf Tran, Inc., as the Operator of | ) | |
| M/V SUPPLIER, Praying for Exoneration | ) | Section "S" |
| from or Limitation of Liability Pursuant | ) | |
| to 46 U.S.C. §§ 183 *et seq.* | ) | Magistrate "2" |
| | ) | |

### CLAIM OF WHITE WING INSPECTION, INC.

NOW INTO COURT, through undersigned counsel, comes White Wing Inspection, Inc., and hereby asserts its claim against Bruce Investment Company, Inc. and Gulf Tran, Inc.

I.

White Wing Inspection, Inc. has been sued by Todd Ballard Hines, asserting that it was somehow at fault in having caused or contributed to the alleged accident that Todd Ballard Hines purports to have sustained on the M/V SUPPLIER on December 24, 1998.

II.

To the extent that Todd Ballard Hines establishes that he did have an accident



and sustained injuries aboard the M/V SUPPLIER, said accident and injuries were caused by the unseaworthiness of the M/V SUPPLIER and/or the negligence of its crew.

### III.

In the event plaintiff establishes that he had an accident that caused injury aboard the M/V SUPPLIER, Bruce Investment Company, Inc. and Gulf Tran, Inc. owe a duty to defendant indemnify White Wing Inspection, Inc.

WHEREFORE, White Wing Inspection, Inc. prays that Bruce Investment Company, Inc. and Gulf Tran, Inc. be required to defend and indemnify White Wing Inspection, Inc. against the claims that have been asserted by Todd Ballard Hines, and that any recovery of the plaintiff be taken from the limitation fund.

Respectfully submitted,

McALPINE & COZAD

_____
Richard A. Cozad (#4537)
John R. Fitzgerald (#16916)
701 South Peters Street
Suite 300
New Orleans, LA 70130
Phone: (504) 561-3323
Fax: (504) 528-9442
Attorneys for White Wing Inspection, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ John Fitzgerald

JRF/kpc/54715

0327-5883