FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 19 P 4: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Civil Action |
| Bruce Investment Co., Inc., as the | ) | |
| Owner of M/V SUPPLIER, and | ) | No. 00-0372 |
| Gulf Tran, Inc., as the Operator of | ) | |
| M/V SUPPLIER, Praying for Exoneration | ) | Section "S" |
| from or Limitation of Liability Pursuant | ) | |
| to 46 U.S.C. §§ 183 *et seq.* | ) | Magistrate "2" |
| | ) | |

RE-NOTICE OF HEARING

TO:   All counsel of record

PLEASE TAKE NOTICE that the undersigned will bring its MOTION FOR STAY on for hearing before the Honorable Mary Ann Vial Lemmon on July 11, 2001 at 9:00 a.m.

DATED this 19th day of June, 2001.

Respectfully submitted,

*/s/ John Fitzgerald*

JOHN R. FITZGERALD (#16916)
McALPINE & COZAD
701 S. Peters Street, Suite 300
New Orleans, LA 70130
Phone: (504) 561-0323; Fax: 528-9442
Attorneys for White Wing Inspection, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19th day of June, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

*/s/ John Fitzgerald*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of ) | | Civil Action |
| Bruce Investment Co., Inc., as the ) | | |
| Owner of M/V SUPPLIER, and ) | | No. 00-0372 |
| Gulf Tran, Inc., as the Operator of ) | | |
| M/V SUPPLIER, Praying for Exoneration ) | | Section "S" |
| from or Limitation of Liability Pursuant ) | | |
| to 46 U.S.C. §§ 183 *et seq.* ) | | Magistrate "2" |
| ) | | |

ORDER GRANTING MOTION FOR STAY OF ALL PROCEEDINGS

In light of the May 29, 2001 Order of Rehabilitation affecting Reliance Insurance Company and all of its subsidiaries ("Reliance"), which is the insurer of White Wing Inspection, Inc., Bruce Investment Company, Inc., and Gulf Tran, Inc., and the June 12, 2001 bankruptcy filing by Reliance in the United States Bankruptcy Court for the Southern District of New York, it is hereby ORDERED that this action be and the same hereby is STAYED pending further order of this Court.

NEW ORLEANS, LOUISIANA this ___ day of July, 2001.

_____
HONORABLE MARY ANN VIAL LEMMON