```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2001 JUN 25  PM 4:52

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint ) | CIVIL ACTION |
| of Bruce Investment Co., Inc. ) | |
| as the Owner of M/V SUPPLIER, and ) | NO.  00-372 |
| Gulf Tran, Inc., as the ) | |
| Operator of M/V SUPPLIER, ) | §S(2) |
| Praying for Exoneration from ) | |
| or Limitation of Liability ) | |
| Pursuant to 46 U.S.C. §§ 183 ) | JUDGE LEMMON |
| *et seq.* ) | MAGISTRATE JUDGE |
| ) | WILKINSON |

## MOTION AND ORDER TO JOIN IN MOTION FOR STAY OF ALL PROCEEDINGS

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs in Limitation, Gulf Tran, Inc. and Bruce Investment Company, Inc., who move to join in the Motion for Stay of All Proceedings filed by White Wing Inspection, Inc. all for the reasons more fully stated in the Memorandum filed in support of this Motion.

## ORDER

**THE COURT HAVING CONSIDERED THE FOREGOING MOTION;** including the memoranda of the parties and the Order of Rehabilitation issued by the Commonwealth Court of Pennsylvania finds the law and evidence being in support thereof, finds the law and evidence to be in the favor thereof; accordingly

**IT IS HEREBY ORDERED** that all claims asserted and all proceedings against Bruce Investment Company, Inc. and Gulf Tran, Inc. in this case are hereby stayed until July 30, 2001 and that the deposition of Omega Natchiq, Inc. set for July 17, 2001 is hereby canceled and that the

-1-



deposition subpoena previously served upon the deponent remains in effect and continuing and that the deposition may be reset by sending the agent for service of process for Omega Natchiq, Inc. a copy of this Order and Revised Notice of Deposition by certified service through the United States Mail.

**THUS DONE AND SIGNED** this _____ day of _____, 2001 at **NEW ORLEANS, LOUISIANA.**

_____
UNITED STATES DISTRICT COURT JUDGE


Respectfully submitted,

_____
FRED E. SALLEY (11665)
LEE M. PEACOCKE (18374)
SALLEY & ASSOCIATES
3445 N. Causeway Blvd., Ste. 510
Metairie, LA 70002
(504)846-4260
Counsel for Plaintiffs,
Bruce Investment Co., Inc. and Gulf Tran, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel for Todd Hines by fax and on all counsel of record by depositing same in the United States Postal Service, properly addressed and postage prepaid, this ___ day of June, 2001.

_____
Lee M. Peacocke

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint ) | CIVIL ACTION |
| of Bruce Investment Co., Inc. ) | |
| as the Owner of M/V SUPPLIER, and ) | NO.   00-372 |
| Gulf Tran, Inc., as the ) | |
| Operator of M/V SUPPLIER, ) | §S(2) |
| Praying for Exoneration from ) | |
| or Limitation of Liability ) | |
| Pursuant to 46 U.S.C. §§ 183 ) | JUDGE LEMMON |
| *et seq.* ) | MAGISTRATE JUDGE |
| ) | WILKINSON |

### MEMORANDUM IN SUPPORT OF
### MOTION TO JOIN IN MOTION FOR STAY OF ALL PROCEEDINGS

Claimant in limitation, White Wing Inspection, Inc. has filed a motion to stay these proceedings on the basis of an Order of Rehabilitation issued in favor of the Pennsylvania Commissioner of Insurance and also on the basis of a filing made by Reliance Group Holdings, Inc. seeking relief under the provisions of the Bankruptcy Act. The plaintiffs in limitation, Bruce Investment Company, Inc. and Gulf Tran, Inc. also seek to join in the motion to stay as they too are insured by Reliance Insurance Company and are therefore the subject of the same Order of Rehabilitation which stays all proceedings against Reliance's insureds for sixty days from the date of issuance. The plaintiffs in limitation are presently unaware of the exact scope of the bankruptcy proceedings and therefore cannot join in the motion on this basis.

Pursuant to the express language of the Order of Rehabilitation, all proceedings are stayed for sixty days from May 29, 2001. *See* ¶ 22 of Exhibit to White Wing Motion. Thus, the stay order in its present form is set to expire on July 30. Trial in this matter is now set for December 3, 2001. None of the deadlines set by this Court's scheduling order will expire during the pendency of the stay.

Indeed, as this case has been continued once, most of the expert reports have already been exchanged. It is respectfully submitted that any prejudice resulting from the failure to provide expert reports can be adequately cured by a thirty day extension of the deadlines for the exchange of expert reports. At the present time however, there is no demonstrable need to extend these deadlines. Furthermore, with the exception of White Wing who was only recently brought into this litigation, all parties have previously filed exhibit and witness lists.

The only scheduled discovery that was to be conducted prior to July 30 was the deposition of Omega Natchiq, Inc. on July 17. The deposition was set by these plaintiffs and will be canceled pursuant to the Order of Rehabilitation. There is more than adequate time for conducting this deposition prior to the trial date. The plaintiffs would simply request that the Court allow the subpoena served on Omega to remain in effect and that any further service of the rescheduling of the deposition be accomplished by certified mail, return receipt requested.

Accordingly, the plaintiffs in limitation, Bruce Investment Co., Inc. and Gulf Tran, Inc., respectfully join in the motion filed by White Wing and request that these proceedings be stayed until July 30, 2001.

Respectfully submitted,

_____
FRED E. SALLEY (11665)
LEE M. PEACOCKE (18374)
SALLEY & ASSOCIATES
3445 N. Causeway Blvd., Ste. 510
Metairie, LA 70002
(504)846-4260
Counsel for Plaintiffs,
Bruce Investment Co., Inc. and GulfTran, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel for Todd Hines by fax and on all counsel of record by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 22nd day of June, 2001.

_____
Lee M. Peacocke

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In the Matter of the Complaint** | ) | CIVIL ACTION |
| **of Bruce Investment Co., Inc.** | ) | |
| **as the Owner of M/V SUPPLIER, and** | ) | NO.   00-372 |
| **Gulf Tran, Inc., as the** | ) | |
| **Operator of M/V SUPPLIER,** | ) | §S(2) |
| **Praying for Exoneration from** | ) | |
| **or Limitation of Liability** | ) | |
| **Pursuant to 46 U.S.C. §§ 183** | ) | JUDGE LEMMON |
| *et seq.* | ) | MAGISTRATE JUDGE |
| | ) | WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** Plaintiffs in Limitation, Gulf Tran, Inc. and Bruce Investment Company, Inc., will bring the attached Motion to Join in the Motion for Stay of All Proceedings filed by White Wing Inspection, Inc. on for hearing before the Honorable United States District Court Judge Mary Ann Vial Lemmon on the 11th day of July, 2001 at 10:00 a.m., in the United States District Court for the Eastern District of Louisiana located at 500 Camp Street, New Orleans, Louisianam said motion to be decided on the memoranda submitted by the parties without oral argument unless otherwise ordered by this Court.

Respectfully submitted,

_____
FRED E. SALLEY  (11665)
LEE M. PEACOCKE  (18374)
SALLEY & ASSOCIATES
3445 N. Causeway Blvd., Ste. 510
Metairie, LA 70002
(504)846-4260
Counsel for Plaintiffs,
Bruce Investment Co., Inc. and Gulf Tran, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel for Todd Hines by fax and on all counsel of record by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 22nd day of June, 2001.

Lee M. Peacocke