FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 12 PM 4:42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BRUCE INVESTMENT CO., INC., as the Owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. § 183 et. seq. | CIVIL ACTION<br><br>NO: 00-0372<br><br>SECTION: "S" (2) |

## O R D E R

**IT IS HEREBY ORDERED** that the unopposed "Motion[s] for Stay of All Proceedings" of White Wing Inspection, Inc., Gulf Tran, Inc., and Bruce Investment Company, Inc. are **GRANTED**. (Documents #62 and #64.)

In light of the June 12, 2001 bankruptcy filing by Reliance Group Holdings, Inc., the insurer of White Wing Inspection, Inc., Gulf Tran, Inc., and Bruce Investment Company, Inc., in the United States Bankruptcy Court for the Southern District of New

DATE OF ENTRY
JUL 1 3 2001

York, **IT IS HEREBY ORDERED** that this action is **STAYED** pending further order of this court.

NEW ORLEANS, LOUISIANA, THIS __11__ DAY OF July, 2001.

                              _____
                              MARY ANN VIAL LEMMON
                              UNITED STATES DISTRICT JUDGE