


UNITED STATES DISTRICT COURT
FILED

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT
OF BRUCE INVESTMENT CO., INC.,
as the owner of M/V Supplier,
and Gulf Tran, Inc., as the
Operator of M/V SUPPLIER,
Praying for Exoneration from
Limitation of Liability

CIVIL ACTION

NO: 00-372

SECTION: "S"

### ORDER

The Court granted as unopposed the motions for stay of all proceedings of White Wing Inspection, Inc., Gulf Tran, Inc., and Bruce Investment Company.

IT IS ORDERED that the Clerk of Court mark this action closed for statistical purposes, and,

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this 12 day of July, 2001.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 1 3 2001