```
                              FILED
                       U.S DISTRICT COURT
                      EASTERN DISTRICT OF LA

                       2002 FEB 22  AM 9:04

                          LORETTA G. WHYTE
                               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BRUCE INVESTMENT CO., INC., as the owner of M/V SUPPLIER, and GULF TRAN, INC., as the Operator of M/V SUPPLIER, praying for Exoneration from or Limitation of Liability | CIVIL ACTION<br><br>NO: 00-0372<br><br>SECTION: "S" (2) |

## ORDER

**IT IS HEREBY ORDERED** that Todd Ballard Hines's "Motion to Reopen" the case is **GRANTED**. (Document #67.) A preliminary conference shall be held on *March 15, 2002 at 10:00 A.M.* to set a trial date, deadlines, and cut-off dates.

NEW ORLEANS, LOUISIANA, THIS _21_ DAY OF February, 2002.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB 2 2 2002