

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce | * | CIVIL ACTION |
| Investment Co., Inc., as the Owner of | * | |
| M/V SUPPLIER, and Gulf Tran, Inc., | * | |
| as the Operator of M/V SUPPLIER, Praying | * | NUMBER 00-0372 |
| for Exoneration from or Limitation of Liability | * | |
| Pursuant to 46 U.S.C. Section 183 *et seq.* | * | SECTION S MAG. 2 |

## MOTION FOR LEAVE OF COURT TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE MOTION TO AMEND

Claimant, Todd B. Hines, moves this Honorable Court for leave to supplement his

memorandum in support of his motion to amend. This motion is necessitated by arguments made

in the memorandum in opposition filed by plaintiffs-in-limitation.

Wherefore, Todd B. Hines prays that he be granted leave to file the attached supplemental

memorandum.

Respectfully submitted,

DANNY J. LIRETTE (Bar Roll #8619)
DEXTER A. GARY (Bar Roll #21292)
LIRETTE & GARY, L.L.C.
10 Professional Drive
P. O. Box 2968
Houma, Louisiana 70361-2968
Telephone:    (985) 876-2997
COUNSEL FOR CLAIMANT,
TODD BALLARD HINES

DATE OF ENTRY

MAY 2 0 2002

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 16th day of May, 2002, served a copy of the foregoing pleading on counsel for all parties to this proceeding, via telecopier and by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
Danny J. Lirette        -        #8619

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce | * | CIVIL ACTION |
| Investment Co., Inc., as the Owner of | * | |
| M/V SUPPLIER, and Gulf Tran, Inc., | * | |
| as the Operator of M/V SUPPLIER, Praying | * | NUMBER 00-0372 |
| for Exoneration from or Limitation of Liability | * | |
| Pursuant to 46 U.S.C. Section 183 *et seq.* | * | SECTION S MAG. 2 |

**O R D E R**

Considering the foregoing,

**IT IS ORDERED** that the Claimant is hereby granted leave to file a supplemental memorandum in support of his motion to amend.

New Orleans, Louisiana, this _20th_ day of _May_, 2002.

_____
Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge