**U. S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
**FILED MAY 2 2 2002**
**LORETTA G. WHYTE**
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce | * | CIVIL ACTION |
| Investment Co., Inc., as the Owner of | * | |
| M/V SUPPLIER, and Gulf Tran, Inc., | * | |
| as the Operator of M/V SUPPLIER, Praying | * | NUMBER 00-0372 |
| for Exoneration from or Limitation of Liability | * | |
| Pursuant to 46 U.S.C. Section 183 *et seq.* | * | SECTION S MAG. 2 |

---

## AMENDED CLAIM ON BEHALF OF TODD BALLARD HINES

---

TODD BALLARD HINES claims the amount of NINE HUNDRED FIFTY THOUSAND

AND NO/100 ($950,000.00) DOLLARS and in support of said claim sets forth the following:

I.

TODD BALLARD HINES has instituted a claim for damages against Gulf Tran, Inc., All

Seas Contractors, Inc., and White Wing Inspection, Inc., as a result of the losses and damages

sustained by claimant as a result of the accident which injured claimant on December 24, 1998.

II.

Claimant is demanding the sum of NINE HUNDRED FIFTY THOUSAND AND NO/100

($950,000.00) DOLLARS in damages for injuries he sustained in an accident while claimant was



a passenger aboard the M/V SUPPLIER. The M/V SUPPLIER was owned by Bruce Investment

Co., Inc., and operated by Gulf Tran, Inc., while said vessel was engaged in performing work

pertinent to the trade and/or business of Gulf Tran, Inc.

### III.

The injuries sustained by Claimant were caused in part by the negligence, carelessness and

fault of Gulf Tran, Inc. as operator of the M/V SUPPLIER and/or Bruce Investment Co., Inc., with

their privity and knowledge.

### IV.

By reason of the aforesaid catastrophe, and because of the defects in the said M/V

SUPPLIER, and the gross negligence of the owner and operator of the said vessel, Claimant

sustained losses and damages as hereinafter set out.

### V.

Claimant has suffered personal injuries including, but not limited to, injuries to his back and

neck and other serious, disabling and disfiguring personal injuries which have caused and will cause

claimant physical and mental pain, suffering, discomfort and disability. Said injuries will prevent

claimant from returning to his former occupation.

### VI.

As a further result of his injuries, Claimant has incurred medical and pharmaceutical

expenses for the treatment of his injuries and on information and belief will incur additional medical

and pharmaceutical expenses for future treatment of his injuries.

VII.

Claimant hereby makes demand against Gulf Tran, Inc., and/or Bruce Investment Co., Inc.,

for general damages, including past and future physical and mental pain, suffering and discomfort,

permanent disability and disfigurement, for past and future loss of earnings and impairment of

earning capacity, and for past and future medical and pharmaceutical expenses.

VIII.

The insurer for Bruce Investment Co., Inc. and Gulf Tran, Inc. has been declared insolvent.

Claimant hereby requests this Court to recognize his preferred maritime lien as defined by 46 U.S.C.

31301(5)(B) on the M/V SUPPLIER in the event there is insufficient security posted by the

defendants.

IX.

This claim is being made under protest and without prejudice to claimant's position that the

complaint for exoneration or limitation of liability is improper, untimely and should be dismissed.

Respectfully submitted,

_____

Danny J. Lirette (Bar Roll #8619)
Dexter A. Gary (Bar Roll #21292)
LIRETTE & GARY, L.L.C.
10 Professional Drive
Post Office Box 2968
Houma, Louisiana  70361-2968
Telephone: (985)  876-2997
COUNSEL FOR CLAIMANT,
  TODD BALLARD HINES

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 18th day of April, 2002, served a copy of the foregoing

pleading on counsel for all parties to this proceeding, by mailing the same by United States mail,

properly addressed and first class postage prepaid.

Danny J. Lirette   -   #8619