FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN -5 PM 1:54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce Investment Co., Inc., as the Owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. Section 183 *et seq.* | * * * * * * | CIVIL ACTION<br><br>NUMBER 00-0372<br><br>SECTION S MAG. 2 |

**AMENDED CLAIM ON BEHALF OF TODD BALLARD HINES**

TODD BALLARD HINES claims the amount of NINE HUNDRED FIFTY THOUSAND AND NO/100 ($950,000.00) DOLLARS and in support of said claim sets forth the following:

I.

TODD BALLARD HINES has instituted a claim for damages against Gulf Tran, Inc., All Seas Contractors, Inc., and White Wing Inspection, Inc., as a result of the losses and damages sustained by claimant as a result of the accident which injured claimant on December 24, 1998.

II.

Claimant is demanding the sum of NINE HUNDRED FIFTY THOUSAND AND NO/100 ($950,000.00) DOLLARS in damages for injuries he sustained in an accident while claimant was

Fee
Process
X Dktd
CtRmDep
Doc. No. 78

a passenger aboard the M/V SUPPLIER. The M/V SUPPLIER was owned by Bruce Investment Co., Inc., and operated by Gulf Tran, Inc., while said vessel was engaged in performing work pertinent to the trade and/or business of Gulf Tran, Inc.

III.

The injuries sustained by Claimant were caused in part by the negligence, carelessness and fault of Gulf Tran, Inc. as operator of the M/V SUPPLIER and/or Bruce Investment Co., Inc., with their privity and knowledge.

IV.

By reason of the aforesaid catastrophe, and because of the defects in the said M/V SUPPLIER, and the gross negligence of the owner and operator of the said vessel, Claimant sustained losses and damages as hereinafter set out.

V.

Claimant has suffered personal injuries including, but not limited to, injuries to his back and neck and other serious, disabling and disfiguring personal injuries which have caused and will cause claimant physical and mental pain, suffering, discomfort and disability. Said injuries will prevent claimant from returning to his former occupation.

VI.

As a further result of his injuries, Claimant has incurred medical and pharmaceutical expenses for the treatment of his injuries and on information and belief will incur additional medical and pharmaceutical expenses for future treatment of his injuries.

VII.

Claimant hereby makes demand against Gulf Tran, Inc., and/or Bruce Investment Co., Inc., for general damages, including past and future physical and mental pain, suffering and discomfort, permanent disability and disfigurement, for past and future loss of earnings and impairment of earning capacity, and for past and future medical and pharmaceutical expenses.

VIII.

The insurer for Bruce Investment Co., Inc. and Gulf Tran, Inc. has been declared insolvent. Claimant hereby requests this Court to recognize his preferred maritime lien as defined by 46 U.S.C. 31301(5)(B) on the M/V SUPPLIER in the event there is insufficient security posted by the defendants.

IX.

This claim is being made under protest and without prejudice to claimant's position that the complaint for exoneration or limitation of liability is improper, untimely and should be dismissed.

Respectfully submitted,

_____
Danny J. Lirette (Bar Roll #8619)
Dexter A. Gary (Bar Roll #21292)
LIRETTE & GARY, L.L.C.
10 Professional Drive
Post Office Box 2968
Houma, Louisiana 70361-2968
Telephone: (985) 876-2997
COUNSEL FOR CLAIMANT,
 TODD BALLARD HINES

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 4th day of June, 2002, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
Danny J. Lirette    -    #8619