FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP -4 PM 1:17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                          CIVIL ACTION

                                                                NO: 00-0372

BRUCE INVESTMENT CO. INC.                                       SECTION: "S" (2)

**IT IS ORDERED** that the parties contact Magistrate Judge Joseph C. Wilkinson, Jr. within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 4th day of September, 2002.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 0 4 2002