

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce | * | CIVIL ACTION |
| Investment Co., Inc., as the Owner of | * | |
| M/V SUPPLIER, and Gulf Tran, Inc., | * | |
| as the Operator of M/V SUPPLIER, Praying | * | NUMBER 00-0372 |
| for Exoneration from or Limitation of Liability | * | |
| Pursuant to 46 U.S.C. Section 183 *et seq.* | * | SECTION S MAG. 2 |

### WITNESS LIST OF CLAIMANT, TODD BALLARD HINES

**NOW INTO COURT**, through undersigned counsel comes Claimant, Todd Ballard Hines, who pursuant to the Court's Minute Entry dated July 20, 2000, submits the following list of witnesses who may or will be called at the trial of this matter:

1. Todd Ballard Hines;

2. Dr. G. Randolph Rice, economist;

3. Paul E. Mays, M.D.;

4. Glenn M. Hebert, MRC, LRC, vocational rehabilitation counselor;

5. R. Thomas Cates, D.D.S.;

6. Joseph J. O'Donnell, M.D.;

7. W.A. Mixon, M.D.;

8. Charles A. Murphy, III, M.D.;



9. James D. Perry, M.D.;

10. Fayez Shamieh, M.D.;

11. Samir Salama, M.D.;

12. R. Dale Bernauer, M.D.;

13. Gerald Andrew Louviere, M.D.;

14. Joseph Prejean, M.D.;

15. John E. Cobb, M.D.;

16. Monty Rivers;

17. Chris Jorgensen;

18. Manfred Linden;

19. Vincent Unrue;

20. Rene' Baxter;

21. Robin Pitman;

22. Kevin Clemon;

23. Richard Sonnier;

24. Gary May;

25. Darrell Harris;

26. Walter Blackburn;

27. Eric Picard;

28. Van Hingle;

29. Chad Barbier;

30. Rex Roberts;

31. Ross Bruce;

32. Warren Perrin;

33. Records custodians for all health care providers;

34. Any witness necessary to authenticate any document or bill;

35. Any witness revealed in discovery;

36. Any witness listed or called by any other party; and

37. As discovery is not complete, Todd Hines reserves his right to supplement this list as additional witnesses are revealed.

38. Lee Adams

39. Kelly Loup

40. Port Captain at time of plaintiff's accident.

41. Lenny Meche

42. Karen Lebato

43. Matt Johnson

44. Geoff Webster; expert witness

45. Ron Campana; expert witness

46. Monica Salopeck. LRC, CPMS

Respectfully submitted,

_____
Danny J. Lirette (Bar Roll #8619)
Dexter A. Gary (Bar Roll #21292)
LIRETTE & SHEA, L.L.P.
10 Professional Drive
Post Office Box 2968
Houma, Louisiana 70361-2968
Telephone: (504) 876-3377
COUNSEL FOR CLAIMANT,
  TODD BALLARD HINES

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of September, 2002, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
Danny J. Lirette  -  #8619
Dexter A. Gary  -  #21292



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce Investment Co., Inc., as the Owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. Section 183 *et seq.* | * * * * * * | CIVIL ACTION<br><br>NUMBER 00-0372<br><br>SECTION S MAG. 2 |

### EXHIBIT LIST OF CLAIMANT, TODD BALLARD HINES

**NOW INTO COURT**, through undersigned counsel comes Claimant, Todd Ballard Hines, who pursuant to the Court's Minute Entry dated July 20, 2000, submits the following list of exhibits expected to be introduced at the trial of this matter on his behalf:

1. Report of Marine Accident, Injury or Death regarding Todd Hines produced in discovery;

2. Daily Logs of M/V SUPPLIER produced in discovery;

3. Coast Guard Form 3692 and /or other Coast Guard Forms relating to M/V SUPPLIER along with deficiency notes and notices;

4. Contracts, club agreements, and/or insurance contracts of the entities involved herein;

5. Tax returns filed by All Seas marine Contractors, S.A., or Gulf Tran, Inc.;

6. Vessel logs;

7. Remains of the subject fold out bed along with hinges and screws;

8. Gulf Tran Safety Manual kept aboard the M/V SUPPLIER on December 24, 1998;

9. Certificate of Inspection of M/V SUPPLIER;

10. Contract between Allseas Services and White Wing;

11. Contract between Omega and Allseas Services;

12. Pertinent income tax returns, federal and state, along with attachments including but not limited to W-2s and 1099s for Todd B. Hines;

13. All medical bills from health care providers who treated Mr. Hines for injuries sustained herein including but not limited to:

    a. R. Thomas Cates, D.D.S.;
    b. Joseph J. O'Donnell, M.D.;
    c. W.A. Mixon, M.D.;
    d. Charles A. Murphy, III, M.D.;
    e. James D. Perry, M.D.;
    f. Fayez Shamieh, M.D.;
    g. Samir Salama, M.D.;
    h. R. Dale Bernauer, M.D.;
    i. Gerald Andrew Louviere, M.D.;
    j. Joseph Prejean, M.D.;
    k. John E. Cobb, M.D.;
    l. Paul E. Mays, M.D.;

14. All hospital records, radiographic films and bills relating to Todd Hines, including but not limited to those from:

    a. Lake Charles Memorial Hospital
    b. Dauterive Hospital
    c. St. Patrick Hospital
    d. Charter Cypress Hospital

15. Various photographs of a similar, fold out bed, and hinges;

16. Copies of the deck plans for the M/V SUPPLIER;

17. Reliance Insurance Policy providing coverage to Gulf Tran, Inc.;

18. Marine Survey Report of M/V SUPPLIER;

19. Various photographs of the M/V SUPPLIER;

20. Bond provided by Gulf Tran and/or Bruce Investment Co., Inc. for these Limitation proceedings;

21. Maintenance and repair records for the M/V Supplier;

22. Records of Coast Guard inspections of the M/V Supplier including notes and/or interoffice communications concerning repairs need for said inspections

23. Construction drawings of the M/V SUPPLIER, and the general arrangement and accommodation drawings of the M/V SUPPLIER;

24. Gulf Tran Safety Recommendation Worksheets for the M/V Supplier;

25. Any documents produced in discovery;

26. Any document listed, produced, or introduced by any other party;

27. As discovery is not yet complete, Todd Hines reserves the right to supplement this list upon receipt of additional exhibits.

Respectfully submitted,

_____
Danny J. Lirette (Bar Roll #8619)
Dexter A. Gary (Bar Roll #21292)
LIRETTE & SHEA, L.L.P.
10 Professional Drive
Post Office Box 2968
Houma, Louisiana 70361-2968
Telephone: (504) 876-3377
COUNSEL FOR CLAIMANT,
TODD BALLARD HINES

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 5th day of September, 2002, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
Danny J. Lirette  -  #8619
Dexter A. Gary  -  #21292