FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP -9  PM 4: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Civil Action |
| Bruce Investment Co., Inc., as the | ) | |
| Owner of M/V SUPPLIER, and | ) | No.  00-0372 |
| Gulf Tran, Inc., as the Operator of | ) | |
| M/V SUPPLIER, Praying for Exoneration | ) | Section "S" |
| from or Limitation of Liability Pursuant | ) | |
| to 46 U.S.C. §§ 183 *et seq.* | ) | Magistrate "2" |
| | ) | |

## WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes WHITE WING

INSPECTION, INC., and hereby lists the following witnesses whom it may call to testify at

trial:

1.  Monty Rivers;

2.  Vincent Unrue;

3.  Jay Zagar and/or a corporate representative or Omega Service Industries,

    Inc. or Omega Natchiq, Inc.;

4.  Richard Sonnier;

5.  René Baxter;

-1-



6.    Robin Pittman;

7.    Corporate representative of Allseas Subsea Contractors, S.A.;

8.    Todd Ballard Hines;

9.    David R. Hebert of Rivers & Gulf Marine Surveyors, Inc.;

10.   Dr. Gordon P. Nutik;

11.   Dr. Rennie W. Culver;

12.   Walter Blackburn;

13.   Eric Picard;

14.   Chad Barbier;

15.   Van Hingle;

16.   Darryl Harris;

17.   Any witness listed or called by any other party; and

18.   Any witness necessary for impeachment or rebuttal.

Dated this 9th day of September, 2002.

Respectfully submitted,

JOHN R. FITZGERALD (#16916)
McALPINE & COZAD
701 S. Peters Street, Suite 300
New Orleans, LA  70130
Phone: (504) 561-0323; Fax: 528-9442
Attorneys for White Wing Inspection, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of September, 2002, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
JOHN R. FITZGERALD

JRF/kpc/62932.1                                           0327-5883

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP 9  PM 4: 20

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Civil Action |
| Bruce Investment Co., Inc., as the | ) | |
| Owner of M/V SUPPLIER, and | ) | No.  00-0372 |
| Gulf Tran, Inc., as the Operator of | ) | |
| M/V SUPPLIER, Praying for Exoneration | ) | Section "S" |
| from or Limitation of Liability Pursuant | ) | |
| to 46 U.S.C. §§ 183 *et seq.* | ) | Magistrate "2" |
| _____ | ) | |

## EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes WHITE WING INSPECTION, INC., and hereby lists the following exhibits that it may introduce into evidence:

1.      Medical records of Paul E. Mayes, M.D.;

2.      Employment records from Universal Fabricators, L.L.C.;

3.      Employment records of Debois Sheet Metal Works, Inc.;

4.      Employment records of Calcasieu Shipyard, Inc.;

5.      Employment records of Omega Service Industries, Inc.;

6.      Military records of Todd Hines;

-1-



7.    December 24, 1998 reports on Todd Hines' incident;

8.    Social Security Administration Records on Todd Hines;

9.    IME report of Dr. Rennie W. Culver;

10.    Daily log of Gulf Tran, Inc. for M/V SUPPLIER;

11.    September 29, 1998 survey report of Rivers & Gulf regarding the M/V SUPPLIER;

12.    Contract between Omega Service Industries, Inc. and Allseas;

13.    Transcript of deposition of out-of-state witness Robin Pittman;

14.    Contract between Allseas Subsea Contractors and White Wing Inspection, Inc.;

15.    Weather records;

16.    Criminal records of Todd Ballard Hines;

17.    Recorded statement of Richard Sonnier;

18.    Payroll records regarding Todd Hines from Omega Natchiq;

19.    Workers' Compensation and Employers' Liability Insurance Policy for Omega Natchiq and/or Omega Service Industries, Inc.;

20.    Master Work Agreement between Newfield Exploration Company and Omega Service Industries, Inc.;

21.    Documentation establishing that White Wing's insurer was placed into a Receivership in Liquidation by the Pennsylvania Commissioner of Insurance;

22.    Various photographs of the M/V SUPPLIER and similar foldout beds and hinges as had been in place on the date of the alleged accident;

23.    Any exhibit listed or introduced by any other party; and

24.    Any exhibit necessary for impeachment.

Dated this 9th day of September, 2002.

Respectfully submitted,

JOHN R. FITZGERALD (#16916)
McALPINE & COZAD
701 S. Peters Street, Suite 300
New Orleans, LA 70130
Phone: (504) 561-0323; Fax: 528-9442
Attorneys for White Wing Inspection, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of September, 2002, served a copy of

the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by

United States mail, properly addressed, and first class postage prepaid.

JOHN R. FITZGERALD

JRF/kpc/62915.1                                                           0327-5883

-3-