UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT | * CIVIL ACTION |
| OF BRUCE INVESTMENT CO., INC., as the | * NO. 00-0372 |
| Owner of M/V SUPPLIER, and GULF TRAN, INC., as the | * |
| Operator of M/V SUPPLIER, praying for | * SEC. S(2) |
| Exoneration from or Limitation of Liability pursuant to | * JUDGE LEMMON |
| 46 U.S.C. Secs. 183 et seq.. | * MAG. WILKINSON |
| | * |

************************************************************************

### WITNESS/EXHIBIT LIST

**NOW COME PLAINTIFFS-IN-LIMITATION, Bruce Investment Co. Inc., Gulf Tran, Inc,** hereinafter collectively, Gulf Tran, Inc., who hereby submit their combined witness and exhibit lists, as follows:

### WITNESS LIST

Witness lists were previously exchanged and submitted in the matter, and Gulf Tran, Inc., reiterates its prior will and may call witness lists in its/their entirety, and incorporates same herein as is copied verbatim and *en extenso*.

Gulf Tran, Inc., also adds as **May Call:**

Sheldon Cass, expert marine surveyor/naval architect
Coastal Marine Surveying
210 Baronne Street
New Orleans, LA 70112

Reserves the right to call any witness listed or sought to be called by any other parties.

1

## EXHIBIT LIST

Gulf Tran, Inc., reiterates its prior exhibit lists in its/their entirety, and incorporates same herein as is copied verbatim and *en extenso*.

Gulf Tran, Inc. adds:

Documentation for, and accident and/or recent medical reports discovered from Hine's update deposition taken on 27th September 2002;

Reserves the right to use any exhibit listed, offered or used by any other parties.

Respectfully submitted

*[signature]*

FRED E. SALLEY, T.A. (#11665)
SALLEY & ASSOCIATES
P.O. Box 3549
Covington, LA  70434
**Counsel for Plaintiffs in Limitation,
Bruce Investment Co., Inc. and Gulf Tran, Inc.**
Tel (985)-867-9925
Fax (985)-867-8927

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 10th day of September 2002.

*[signature]*

FRED E. SALLEY, T.A.  (11665)

2