FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP 16  PM 4: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint of ) | Civil Action |
| Bruce Investment Co., Inc., as the ) | |
| Owner of M/V SUPPLIER, and ) | No. 00-0372 |
| Gulf Tran, Inc., as the Operator of ) | |
| M/V SUPPLIER, Praying for Exoneration ) | Section "S" |
| from or Limitation of Liability Pursuant ) | |
| to 46 U.S.C. §§ 183 *et seq*. ) | Magistrate "2" |
| ) | |

**MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST
GULF TRAN, INC. AND BRUCE INVESTMENT, INC.**

NOW INTO COURT, through undersigned counsel, comes White Wing Inspection, Inc., a claimant in the above-captioned limitation of liability action, and hereby moves to dismiss its claims that it filed against Bruce Investment Co., Inc. and Gulf Tran, Inc. in this concursus. **Counsel for Gulf Tran, Inc. and Bruce Investment Co., Inc. has been contacted and has no objection to this dismissal.**

DATE OF ENTRY

SEP 1 8 2002



NEW ORLEANS, LOUISIANA this 16th day of September.

                Respectfully submitted,

                _____
                JOHN R. FITZGERALD (#16916)
                McALPINE & COZAD
                701 S. Peters Street, Suite 300
                New Orleans, LA 70130
                Phone: (504) 561-0323; Fax: 528-9442
                Attorneys for White Wing Inspection, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 16th day of September, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

JRF/kpc/63101.1                                                                    0327-5883

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Civil Action |
| Bruce Investment Co., Inc., as the | ) | |
| Owner of M/V SUPPLIER, and | ) | No. 00-0372 |
| Gulf Tran, Inc., as the Operator of | ) | |
| M/V SUPPLIER, Praying for Exoneration | ) | Section "S" |
| from or Limitation of Liability Pursuant | ) | |
| to 46 U.S.C. §§ 183 *et seq.* | ) | Magistrate "2" |
| | ) | |

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST GULF TRAN, INC. AND BRUCE INVESTMENT, INC.**

IT IS HEREBY ORDERED that the claims of White Wing Inspection, Inc. against Bruce Investment Co., Inc. and Gulf Tran, Inc. are hereby dismissed without prejudice, each party bearing its own fees and costs.

NEW ORLEANS, LOUISIANA this 16th day of September.

HONORABLE MARY ANN VIAL LEMMON