2002 SEP 24 PM 1:28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE                    CIVIL ACTION
COMPLAINT OF BRUCE
INVESTMENT CO. INC., AS THE
OWNER OF M/V SUPPLIER ET AL.

                                        NO: 00-0372

                                        SECTION: "S" (2)

### ORDER

**IT IS HEREBY ORDERED** that the motion to dismiss Todd Ballard Hines's claim asserting a maritime lien against the vessel of Bruce Investment Co., Inc. and Gulf Tran, Inc. is **DENIED**. (Document #80.)

"A maritime lien is a privileged claim upon maritime property, such as a vessel, arising out of services rendered to or injuries caused by that property." Thomas J. Schoenbaum, Admiralty and Maritime Law, § 9-1 at 494(3rd Ed. 2001). Included in the definition of a "preferred maritime lien" is a maritime lien on a vessel for damage arising out of maritime tort. See 46 U.S.C. § 31301(5)(B); Thomas J. Schoenbaum, § 9-1 at 497 (claims

DATE OF ENTRY
SEP 2 4 2002

Fee___
Process___
X Dktd___
CtRmDep___
Doc.No.___

for maritime torts including personal injury are recognized under United States law). Accordingly, a maritime lien arises out of Hines's claim asserting the maritime tort of personal injury.

NEW ORLEANS, LOUISIANA, THIS **23** DAY OF September, 2002.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE