*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 OCT 10 PM 4:34

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT           CIVIL ACTION
OF BRUCE INVESTMENT CO., INC. ET AL.
                                         NO. 00-372

                                         SECTION "S" (2)

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **October 15, 2002 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr.  Although the case is designated on the Houma Civil Docket, at the request of counsel (by letter attached for filing in the record), the conference will be held at 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.  <u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **October 11, 2002** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>  Position letters may be faxed to my chambers at 504-589-7633.

New Orleans, Louisiana, this _10th_ day of October, 2002.

                                         _____
                                         JOSEPH C. WILKINSON, JR.
cc: HON. MARY ANN VIAL LEMMON            UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 11 2002



**DANNY J. LIRETTE**
**DEXTER A. GARY**

# LIRETTE & GARY, L.L.C.
ATTORNEYS AT LAW

October 10, 2002



**Via FAX #504 589-7190**

Honorable Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Camp Street - Room C 255
New Orleans, Louisiana   70130

RE:  In the Matter of the Complaint of Bruce Investment Co., Inc.,
as the Owner of M/V SUPPLIER, and Gulf Tran, Inc.,
as the Operator of M/V SUPPLIER, Praying for Exoneration
from or Limitation of Liability Pursuant to 46 U.S.C. Section 183 *et seq.*
USDC, Eastern District of Louisiana, C.A. N9. 00-0372 "S" (2)

Dear Judge Wilkinson:

This is to confirm that all counsel have agreed to attend the settlement conference in the above matter on *Tuesday, October 15, 2002, at 3:00 p.m.* All counsel have agreed that the conference will be conducted at your office in *New Orleans, Louisiana*, rather than the Houma courthouse.

With kind regards, I remain

Sincerely,

DANNY J. LIRETTE

eb

cc:  Mr. Fred A. Salley (Via FAX #985 867-8927 and U. S. Mail)
Mr. David K. Johnson (Via FAX #225 231-0986 and U. S. Mail)
Mr. Todd Ballard Hines (Via U.S. Mail)
Mr. Stephen R. Streete (Via U.S. Mail)

10 PROFESSIONAL DRIVE • P.O. BOX 2968 • HOUMA, LOUISIANA 70361
TEL. (985) 876-2997 • FACSIMILE (985) 868-2310 • WEB SITE WWW.LIRETTEANDGARY.COM