FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 OCT 15 PM 1:19

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 15, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BRUCE INVESTMENT CO., INC. | CIVIL ACTION<br><br>NO. 00-372<br><br>SECTION "S" (2) |

A settlement conference was conducted on this date via telephone. Having reviewed the in camera settlement position papers of the parties and conferred with counsel privately, it appears highly unlikely that this case will settle.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. MARY ANN VIAL LEMMON

DATE OF ENTRY
OCT 15 2002

Fee____
Process____
X Dktd____
____CtRmDep
Doc. No.____