

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint of Bruce Investment Co., Inc., as the owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. §183, *et seq.* | CIVIL ACTION<br><br>NO. 00-0372<br><br>SECTION "S" (2)<br><br>Judge Mary Ann Vial Lemmon<br>Magistrate Joseph C. Wilkinson, Jr. |

## MOTION FOR WITHDRAWAL OF CLAIM

NOW COMES, Allseas Subsea Contractors, S.A. (Allseas), through counsel, and moves to withdraw its claim against Bruce Investment Co., Inc, Gulf Tran, Inc. and the M/V SUPPLIER, in this matter. Counsel for Bruce Investment Co., Inc, Gulf Tran, Inc. and the M/V SUPPLIER has been contacted and does not object to this withdrawal.

New Orleans, Louisiana, this __16__ day of October, 2002.

Respectfully submitted,

TERRIBERRY, CARROLL & YANCEY, L.L.P

_____
JOHN A. BOLLES (#3223)
3100 Energy Centre
1100 Poydras Street

DATE OF ENTRY
OCT 2 1 2002

        New Orleans, LA 70163-3100
        Telephone: 504/523-6451
        FAX: 504/524-3257
        Attorneys for Claimant, Allseas Subsea Contractors, S.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by hand and/or by depositing same in the U.S. mail, properly addressed, postage prepaid, this _16th_ day of October, 2002.

_____
JOHN A. BOLLES (#3223)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint of Bruce Investment Co., Inc., as the owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. §183, *et seq*. | CIVIL ACTION<br><br>NO. 00-0372<br><br>SECTION "S" (2)<br><br>Judge Mary Ann Vial Lemmon<br>Magistrate Joseph C. Wilkinson, Jr. |

## O R D E R

Considering the foregoing;

IT IS HEREBY ORDERED that the claim of Allseas Subsea Contractors, S.A. against Bruce Investment Co., Inc, Gulf Tran, Inc. and the M/V SUPPLIER be and the same is hereby withdrawn without prejudice, each part to bear its fees and costs.

New Orleans, Louisiana, this __21__ day of October, 2002.

UNITED STATES DISTRICT JUDGE

-3-