**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF BRUCE INVESTMENT CO., INC., as the | * | NO. 00-0372 |
| Owner of M/V SUPPLIER, and GULF TRAN, INC., as the | * | |
| Operator of M/V SUPPLIER , praying for | * | SEC. S(2) |
| Exoneration from or Limitation of Liability pursuant to | * | JUDGE LEMMON |
| 46 U.S.C. Secs. 183 *et seq*.. | * | MAG. WILKINSON |
| | * | |

*************************************************************************

## EX-PARTE MOTION AND ORDER FOR SUBSTITUTION OF ORIGINAL AFFIDAVIT FOR COPY

**NOW INTO COURT COME PLAINTIFFS-IN-LIMITATION,** Bruce Investment Co., Inc., and Gulf Tran, Inc., and move to substitute the attached original, signed affidavit of Mr. Ross Bruce, not available at time of mail service and filing of its original memorandum in opposition to Hines' Motion to Increase Security; in lieu of the unsigned copy that was attached for filing and notice purposes.

Respectfully submitted

FRED E. SALLEY, T.A. (#11665)
SALLEY & ASSOCIATES
P.O. Box 3549
Covington, LA 70434
Counsel for Plaintiffs,
Bruce Investment Co., Inc. and Gulf Tran, Inc.
Tel (985)-867-8830
Fax (985)-867-8927

DATE OF ENTRY
NOV - 6 2002

## ORDER AND JUDGMENT

Having considered the foregoing motion made on behalf of Petitioners in Limitation, Bruce Investment Co., Inc., and Gulf Tran, Inc., the facts and circumstances, being in favor of the granting thereof;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Ex-Parte Motion be and hereby is granted substituting the Original Affidavit of Ross Bruce for the copy that was attached to Movers' Memorandum in Opposition to Motion to Increase Security.

**THUS DONE AND SIGNED IN OPEN COURT** this 5 day of November 2002.

Mary Vial Lemmon, Judge
United States District Court, E.D. La.

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing has been served on all counsel of record by mail, this 30th day of October 2002.

                    _____
                    Fred E. Salley

# AFFIDAVIT

**State of Louisiana:**

**Parish of Lafourche:**

Before me, the undersigned authority, a Notary Public in and for the Parish of St. Tammany, State of Louisiana, personally came and appeared:

## ROSS BRUCE

Who, upon being duly sworn did personally state and attest under oath that:

He is the President of Bruce Investment Co., Inc., registered owner of the offshore supply/utility vessel **M/V Supplier**;

That he personally participated in the acquisition of the vessel from the prior owner, which occurred in 1994 for a purchase price of $275,000.00;

That market conditions prevailing on 24th December 1998, the date of Mr. Hines' alleged accident, and prior thereto, were not favorable for vessels of the size and class of the specified vessel, and that on the aforesaid date, it was his considered opinion, based on his extensive experience in the purchase and sale of similar vessels, that the financial interest of Bruce Investment Co., Inc., in the **M/V Supplier** was less than $550,000, including then pending freight;

That as President of Bruce Investment Co., Inc., he ordered refurbishment of the **M/V Supplier** starting in calendar year 1999, which together with improving market

- 2 -

conditions, enhanced the value of the vessel by early 2000 when Limitation of Liability was filed on behalf of Bruce Investment Co., Inc.,

That the above and foregoing is true and correct to the best of knowledge, information and belief.

Thus personally done and signed in a document totaling two pages, including signatures, before me, a Notary Public for the Parish of Lafourche, State of Louisiana, this 29th Day of October 2002.

_____
Ross Bruce

Sworn and subscribed, before me,
the undersigned authority.
This 29th Day of October, 2002

_____
Notary Public
My Commission is for Life