

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                          CIVIL ACTION

                                                NO: 00-0372

BRUCE INVESTMENT CO., INC.                      SECTION: "S" (2)

### ORDER

**IT IS HEREBY ORDERED** that the pre-trial conference set for November 8, 2002 in continued to November 21, 2002 at noon.

New Orleans, Louisiana, this 6th day of November, 2002.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

NOV - 7 2002