

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV -4  PM 4:05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce Investment Co., Inc., as the Owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. Section 183 *et seq.* | * * * * * * | CIVIL ACTION<br><br>NUMBER 00-0372<br><br>SECTION S MAG. 2 |

### EX-PARTE MOTION FOR LEAVE OF COURT
### TO FILE REBUTTAL MEMORANDUM

**NOW INTO COURT** comes Claimant, Todd Ballard Hines, and moves to file the attached Rebuttal Memorandum. Plaintiffs have raised issues not previously addressed which require a response by Claimant.

Respectfully submitted,

_____
Danny J. Lirette (Bar Roll #8619)
Dexter A. Gary (Bar Roll #21292)
LIRETTE & GARY, L.L.C.
10 Professional Drive
Post Office Box 2968
Houma, Louisiana  70361-2968
Telephone: (985)  876-2997
COUNSEL FOR CLAIMANT,
   TODD BALLARD HINES

DATE OF ENTRY
NOV - 7 2002

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
Doc. No. 99

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of November, 2002, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
Danny J. Lirette - #8619

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce | * | CIVIL ACTION |
| Investment Co., Inc., as the Owner of | * | |
| M/V SUPPLIER, and Gulf Tran, Inc., | * | |
| as the Operator of M/V SUPPLIER, Praying | * | NUMBER 00-0372 |
| for Exoneration from or Limitation of Liability | * | |
| Pursuant to 46 U.S.C. Section 183 *et seq.* | * | SECTION S MAG. 2 |

**O R D E R**

Considering the foregoing motion,

**IT IS ORDERED** that Claimant be allowed to file the attached Rebuttal Memorandum.

New Orleans, Louisiana, this __7__ day of November, 2002.

JUDGE MARY ANN VIAL LEMMON