

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE
COMPLAINT OF BRUCE
INVESTMENT CO., INC., AS THE
OPERATOR OF M/V SUPPLIER

CIVIL ACTION

NO: 00-0372

SECTION: "S" (2)

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that a ruling on Todd Ballard Hines's "Motion to Increase Security" is **DEFERRED**.  (Document #93.)  The case is set for a non-jury trial on December 9, 2002.  The motion is carried with the case, and the court will hear evidence on the value of the limitation fund and the adequacy of the security at trial.

NEW ORLEANS, LOUISIANA, THIS _14_ DAY OF NOVEMBER.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV 1 5 2002