

MINUTE ENTRY
November 21, 2002
LEMMON, J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE                     CIVIL ACTION
COMPLAINT OF BRUCE
INVESTMENT CO., INC.

                                         NO: 00-0372

                                         SECTION: "S"


A pretrial conference was held on November 21, 2002 at noon

with appearances by Danny Lirette and Dexter Gary on behalf of

Todd Hines, David Johnson on behalf of the LWCC intervenor, and

Fred Salley on behalf of Gulf Tran, Inc. and Bruce Investment

Co., Inc.  The possibility of settlement was discussed, and the

conference was continued until December 3, 2002 at noon to resume

negotiations.


DATE OF ENTRY
NOV 2 2 2002

