```
                                        FILED
                                  U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2002 DEC -4 PM 12: 54

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
December 3, 2002
LEMMON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: BRUCE INVESTMENT CO.   CIVIL ACTION
ET AL.
                              NO: 00-0372

                              SECTION: "S"

A pretrial conference was held on December 3, 2002, at 3:00 p.m. with appearances by David Johnson on behalf of the LWCC intervenor, Fred Salley on behalf of Gulf Tran, Inc. and Bruce Investment Co. Inc., and Danny Lirette on behalf of Todd Hines. The parties were unable to reach a settlement, and the matter will proceed to trial without a jury on December 9, 2002, at 9:00 a.m. The trial will be held in Houma, Louisiana on December 9, 2002, and in New Orleans, Louisiana on December 10, 2002. The Houma witnesses are Richard Sonnier, Eric Picard, Ross Bruce, Geoff Webster, Ron Cempana, Glenn Hebert, and Monty Rivers. The New Orleans witnesses are Dr. G. Randolph Rice, Todd Hines, Rene Baxter, Dr. Gordon Nutik, Dr. Rennie Culver, and Sheldon Cass.

DATE OF ENTRY
DEC 4 - 2002

The following objected-to witnesses listed in the pretrial order will not be called except on rebuttal:  David Estilatte, Tom Kellum, Kelly Loupe, Daniel Bruce, and Jules Schubert.  The court reserves judgment on whether Daryl Dorsey will be permitted to testify on the issue of spoliation of evidence.

Hines's motion to withdraw the motion to increase security is **GRANTED**.  (Document #93.)  Hines does not challenge that the value of the vessel is $550,000.

Briefs on the legal issue of waiver by the intervenor will be submitted to the court following the trial.  There will be a stipulation as to the amount of the intervenor's claim.