MINUTE ENTRY
VIAL LEMMON, J.
DECEMBER 9, 2002

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

IN RE: BRUCE INVESTMENT CO.           CIVIL ACTION

                                                 NO. 00-372

                                                 SECTION "S"


                JUDGE MARY ANN VIAL LEMMON PRESIDING


**MONDAY, DECEMBER 9, 2002 AT 9:00 A.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Betty DiMarco

APPEARANCES:    Fred E. Salley for Bruce Investment Co., Inc. and Gulf
                  Tran, Inc., petitioners
                  Danny J. Lirette and Dexter A. Gary for claimant


**NON JURY TRIAL**   **(held in the Houma Courthouse)**

Present and ready.

Sequestration order was given.

      Witnesses called by claimant and placed under oath:
      Richard Sonnier;
      Eric Picard.

Court recessed at 12:00 p.m.
Court resumed at 12:40 p.m.

DATE OF ENTRY
DEC 1 6 2002

Doc.No. 113

    Ross Bruce;
    Edward Geoffrey Webster, tendered and accepted as an expert in the field of naval architecture and naval engineering;
    Glenn Hebert, tendered and accepted as an expert in the field of vocational rehabilitation.

Court recessed at 4:00 p.m. until December 10, 2002 at 9:30 a.m.