MINUTE ENTRY
VIAL LEMMON, J.
DECEMBER 10, 2002

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: BRUCE INVESTMENT CO.          CIVIL ACTION

                                                  NO. 00-372

                                                  SECTION "S"


                JUDGE MARY ANN VIAL LEMMON PRESIDING


**TUESDAY, DECEMBER 10, 2002 AT 9:30 A.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Betty DiMarco (morning session)
                       Bonnie Hebert (afternoon session)

APPEARANCES:      Fred E. Salley for Bruce Investment Co., Inc. and Gulf
                  Tran, Inc., petitioners
                  Danny J. Lirette and Dexter A. Gary for Todd Ballard
                  Hines, claimant


**NON JURY TRIAL** (held in New Orleans)

Continued from December 9, 2002.

    Witnesses called by claimant and placed under oath:
    Randy Rice, tendered and accepted by the court as an expert in the
    field of economics;
    Ron Cempana, tendered and accepted by the court as an expert in the
    field of vessel operation and navigation.

Court recessed at 12:15 p.m.
Court resumed at 1:30 p.m.

DATE OF ENTRY
DEC 16 2002

Doc.No. 114

    Todd Hines.

Claimant rested.

Petitioners reserved right to offer motions.

    Witnesses called by petitioners and placed under oath:
    Theresa Rene Baxter.

Court recessed at 5:20 p.m. until December 12, 2002 at 9:00 a.m.