MINUTE ENTRY
VIAL LEMMON, J.
DECEMBER 12, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: BRUCE INVESTMENT CO.                CIVIL ACTION

                                           NO. 00-372

                                           SECTION "S"


JUDGE MARY ANN VIAL LEMMON PRESIDING


**THURSDAY, DECEMBER 12, 2002 AT 9:00 A.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Dee Malouse

APPEARANCES:    Fred E. Salley for Bruce Investment Co., Inc. and Gulf
                Tran, Inc., petitioners
                Danny J. Lirette and Dexter A. Gary for claimant


**NON JURY TRIAL**

Continued from December 10, 2002.

    Witness called by petitioners and placed under oath:
    Dr. Rennie Culver;
    Ms. Baxter recalled and resumed testimony.

Court recessed at 11:45 a.m.
Court resumed at 12:45 p.m.

    Testimony of Ms. Baxter resumed
    Sheldon Victor Cass, tendered as and accepted by the court as an

     expert in the field of marine architecture;
     Ross Bruce, recalled and resumed testimony.

The following depositions were offered in lieu of live testimony: Omega Natchiq, Inc. (through its representative Jay Zagar); Dr. Charles A. Murphy, III; Dr. R. Dale Bernaurer; Dr. Paul E. Mayes; Robin Pittman; Vincent Unrue; and Monty Rivers

Both sides rested

Post trial memorandums to be submitted simultaneously on or before January 6, 2003, at which time the matter will be deemed submitted.

Court adjourned at 2:30 p.m.

| DATE | PARTY OFFERING | EXHIBIT NUMBER | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 12/9 | claimant | t-1 (A-1) | Accident report | | | |
| | | t-2 (A-2) | Report of marine accident | | | |
| | | t-3 (B) | Daily logs | | | |
| | | t-4 (C) | Certificate of inspection | | | |
| | | t-5 (D-1) | Claimant's tax return 1996 | | | |
| | | t-6 (D-2) | Claimant's tax return 1998 | | | |
| | | t-7 (D-3) | Claimant's social security earnings for Jan. 88 - Dec. 93 | | | |
| | | t-8 (D-4) | Claimant's social security earnings for Jan. 94 - Dec. 99 | | | |
| | | t-9 (D-5) | Letter from IRS | | | |
| | | t-10 (E) | Medical bills | | | |
| | | t-11 (F-1 thru F-8 | Photos of settee | | | |
| | | t-12 (G) | La. Workers Compensation policy | | | |
| | | t-13) (H) | Marine survey report | | | |
| | | t-14 (I) | Marine survey report | | | |
| | | t-15 (J-1 thru J-6 | Photos of M/V Supplier | | | |
| | | t-16 (K) | Ad interim Stipulation | | | |
| | | t-17 (L) | Drawing attached to depo of Rene Baxter | | | |
| | | t-18 (M-1) | Petition for damages filed in 17th JDC | | | |
| | | t-19 (M-2) | Return on petition for damages in the 17th JDC | | | |

| DATE | PARTY OFFERING | EXHIBIT NUMBER | DESCRIPTION | REF | OFF | ADM |
|---|---|---|---|---|---|---|
| | | t-20 (M-3) | Answer of Gulf Tran in the suit in 17th JDC | | | |
| | | | | | | |
| | petitioner | t-21 (D-E) | Photo of hinges and screws | | | |
| XXXXX | XXXXXXXXXX | XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| | | | | | | |
| 12/10 | claimant | t-22 | photo of safety placard | | | |
| XXXXX | XXXXXXXXXX | XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| | | | | | | |
| 12/12 | petitioner | t-23 (exh A) | Ad interim Stipulation with Schubert Affidavit (record doc. #3) | | | |
| | | t-24 (exh B) | Bill of sale | | | |
| | | t-25 (exh C) | Military records of Todd Hines | | | |
| | | t-26 (exh D) | Cypress Charter medical records 1,2 | | | |
| | | t-27 (exh F) | Original petition for Limitation of Liability in CA 00-372 (record doc. #1) | | | |
| | | t-28 (exh G) | Original order noting default (Record doc. #10) | | | |
| | | t-29 | Supplemental attachment to Omega Natchiq deposition exhibits | | | |
| | | t-30 (exh h) | Curriculum Vitae of Dr. Rennie Culver | | | |
| | | t-31 | Photo | | | |
| | | t-32 | Photo | | | |
| | | t-33 | Photo | | | |
| | | t-34 | Handwritten statement of Baxter | | | |

# IN RE BRUCE INVESTMENT COMPANY, INC., CA#00-0372 (S)(2)

## INDEX

### PETITIONERS' TRIAL BENCH BOOK

T-23 **EXHIBIT A**    *AD INTERIM* STIPULATION W/SCHUBERT AFFIDAVITT;

T-24 **EXHIBIT B**    BILL OF SALE

T-25 **EXHIBIT C**    MILITARY RECORDS TODD B. HINES

T-26 **EXHIBIT D**    CYPRESS CHARTER MEDICAL RECORDS 1, 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce Investment Co., Inc., as the Owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. Section 183 *et seq.* | * * * * * * | CIVIL ACTION<br><br>NUMBER 00-0372<br><br>SECTION S MAG. 2 |

### EXHIBITS OF CLAIMANT, TODD BALLARD HINES

T-1   A.1.   Captains and/or Masters Accident/Illness Report

T-2   A.2.   Report of Marine Accident, Injury or Death

T-3   B.     Daily Logs of M/V SUPPLIER dated December 20, 1998, through December 31, 1998

T-4   C.     Certificate of Inspection of M/V SUPPLIER

T-5   D.1.   Todd Hines's Federal income tax return and W-2 forms for the year 1996

T-6   D.2    Todd Hines's Federal income tax return and W-2 forms for the year 1998

T-7   D.3.   Todd Hines's social security earnings records for January 1988 through December 1993

T-8   D.4.   Todd Hines's social security earnings records for January 1994 through December 1999

T-9   D.5.   Letter from Internal Revenue Service dated October 20, 2002, stating Todd Hines' returns for 1995 and 1997 are not available.

T-10  E.     Medical bills of health care providers who treated Todd Hines for injuries sustained herein

T-11  F.1-8  Photographs of settee on M/V LEADER

T-12  G.     Louisiana Workers' Compensation Corporation Policy No. 65384 providing workers compensation coverage to Omega Service Industries, Inc.

T-13  H.     Marine Survey Report of M/V SUPPLIER prepared by Rivers and Gulf Marine Surveyors, Inc. dated September 22, 1998

T-14  I.      Marine Survey Report of M/V SUPPLIER prepared by Vener Marine Ltd. on April 12, 2001, at the request of counsel for Todd B. Hines

T-15  J.1-6   Photographs of M/V SUPPLIER

T-16  K.      Ad Interim Stipulation dated February 4, 2000, provided by Gulf Tran and/or Bruce Investment Co., Inc.

T-17  L.      Drawing attached to the deposition of Rene Baxter

T-18  M.1.    Petition for Damages in the suit entitled "Todd Ballard Hines v. Gulf Tran, Inc. and All Seas Contractors, Inc.", docket #87,138 in the 17th Judicial District Court, State of Louisiana

T-19  M.2.    Return of Citation reflecting service of Petition for Damages on Gulf Tran, Inc. in the suit entitled "Todd Ballard Hines v. Gulf Tran, Inc. and All Seas Contractors, Inc.", docket #87,138 in the 17th Judicial District Court, State of Louisiana

T-20  M.3.    Answer of Gulf Tran, Inc. in the suit entitled "Todd Ballard Hines v. Gulf Tran, Inc. and All Seas Contractors, Inc.", docket #87,138 in the 17th Judicial District Court, State of Louisiana