```
                                      FILED
                                 U.S. DISTRICT COURT
                               EASTERN DISTRICT OF LA

                                 2003 FEB 28 PM 1:31

                                   LORETTA G. WHYTE
                                        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT | CIVIL ACTION |
| VERSUS | NO: 00-0372 |
| OF BRUCE INVESTMENT CO., INC. | SECTION: "S" (2) |

### ORDER

**IT IS HEREBY ORDERED** that the parties provide comprehensive supplemental memoranda on the issue of limitation of liability by March 15, 2003.

New Orleans, Louisiana, this 28th day of February, 2003.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 0 3 2003

# LIRETTE, GARY & SPENCE, L.L.C.
### ATTORNEYS AT LAW

DANNY J. LIRETTE
DEXTER A. GARY
PHILIP A. SPENCE

February 27, 2003

**Via FAX #504 589-2239**

Honorable Mary Ann Vial Lemmon
District Judge - Section S
United States District Court
Eastern District of Louisiana
500 Camp Street, C406
New Orleans, Louisiana 70130

RE: In the Matter of the Complaint of Bruce Investment Co., Inc.,
as the Owner of M/V SUPPLIER, and Gulf Tran, Inc.,
as the Operator of M/V SUPPLIER, Praying for Exoneration
from or Limitation of Liability Pursuant to 46 U.S.C. Section 183 *et seq.*
USDC, Eastern District of Louisiana, C.A. No. 00-0372 "S" (2)

Dear Judge Lemmon:

This is to advise that I am not able to stipulate that the petitioners in this action are entitled to limited liability. If the Court needs supplemental Memoranda on that issue, please advise as to when those should be filed.

With kind regards, I remain

Sincerely,

DANNY J. LIRETTE

DJL/eb

cc:   Mr. Fred E. Salley - via FAX #985 867-8927
      Mr. David K. Johnson - via FAX #225 231-0986

10 PROFESSIONAL DRIVE • P.O. BOX 2968 • HOUMA, LOUISIANA 70361