FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAY -6 AM 8: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce Investment Co., Inc., as the Owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. Section 183 *et seq.* | * * * * * * | CIVIL ACTION<br><br>NUMBER 00-0372<br><br>SECTION S MAG. 2 |

## ORDER GRANTING THE MOTION TO SUBSTITUTE PARTY-CLAIMANT IN LIMITATION PROCEEDINGS

Considering the Motion to Substitute Party-Claimant in Limitation Proceedings and the Memorandum in Support;

**IT IS ORDERED** that Mover, Rachel Hines, widow of Claimant, Todd Ballard Hines, is hereby substituted as the Claimant in all matters pertaining to the instant action, including these Limitation proceedings.

New Orleans, Louisiana, this 5 day of May, 2003.

HON. MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 0 6 2003