FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN 16 PM 3:23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF BRUCE INVESTMENT CO., INC., as the | * | NO. 00-0372 |
| Owner of M/V SUPPLIER, and GULF TRAN, INC., as the | * | |
| Operator of M/V SUPPLIER, praying for | * | SEC. S(2) |
| Exoneration from or Limitation of Liability pursuant to | * | JUDGE LEMMON |
| 46 U.S.C. Secs. 183 et seq.. | * | MAG. WILKINSON |
| | * | |

*************************************************************************

**PETITIONERS' EX-PARTE MOTION AND ORDER TO FILE A SUPPLEMENTAL MEMORANDUM OF AUTHORITY IN SUPPORT OF MOTIONS**

**NOW INTO COURT**, through counsel comes Petitioners in Limitation, Bruce Investment Co., Inc., and Gulf Tran, Inc., and request leave of Court to file the attached Supplemental Memorandum of record in supports of its motions and in response to the opposition memorandum of claimant.

Considering the foregoing motion of counsel for Bruce Investment Co., Inc., and Gulf Tran, Inc., to file the attached Supplemental Memorandum of authorities, the facts and circumstances being in favor thereof:

**It is ordered** that the motion to file the Supplemental Memorandum be and hereby is granted.

Thus done and signed in open court this __17__ day of June 2003.

Honorable Mary Vial Lemmon, Judge

DATE OF ENTRY
JUN 1 8 2003

___ Fee ___
___ Process
X  Dktd
___ CtRmDep
___ Doc. No. 135

Respectfully submitted

_____
FRED E. SALLEY, T.A. (#11665)
SALLEY & ASSOCIATES
P.O. Box 3549
Covington, LA 70434
Counsel for Plaintiffs,
Bruce Investment Co., Inc. and Gulf Tran, Inc.
Tel (985)-867-8830
Fax (985)-867-8927

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, delivery notification requested, this 16th day of June 2003.

_____
Fred E. Salley