

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 24  PM 1: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce | * | CIVIL ACTION |
| Investment Co., Inc., as the Owner of | * | |
| M/V SUPPLIER, and Gulf Tran, Inc., | * | |
| as the Operator of M/V SUPPLIER, Praying | * | NUMBER 00-0372 |
| for Exoneration from or Limitation of Liability | * | |
| Pursuant to 46 U.S.C. Section 183 *et seq.* | * | SECTION S MAG. 2 |

### EX-PARTE MOTION AND ORDER TO SUBMIT CORONER'S REPORT AND DEATH CERTIFICATE

Now comes Rachel Hines, widow of Todd Ballard Hines, Claimant in Limitation, through undersigned counsel, who moves the Court for an Order allowing her to submit the Coroner's Report and Death Certificate as exhibits to claimant's Opposition Memorandum to plaintiffs-in-limitation's motion to dismiss.

Respectfully submitted,

_____
Danny J. Lirette (Bar Roll #8619)
Dexter A. Gary (Bar Roll #21292)
LIRETTE, GARY & SPENCE, L.L.C.
10 Professional Drive
Post Office Box 2968
Houma, Louisiana  70361-2968
Telephone: (985) 876-2997
COUNSEL FOR RACHEL HINES

DATE OF ENTRY
JUL 29 2003

___ Fee_____
___ Process___
_X_ Dktd__16_
___ CtRmDep__
___ Doc. No.138

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __23__ day of July, 2003, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
Danny J. Lirette   -   #8619

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce | * | CIVIL ACTION |
| Investment Co., Inc., as the Owner of | * | |
| M/V SUPPLIER, and Gulf Tran, Inc., | * | |
| as the Operator of M/V SUPPLIER, Praying | * | NUMBER 00-0372 |
| for Exoneration from or Limitation of Liability | * | |
| Pursuant to 46 U.S.C. Section 183 *et seq.* | * | SECTION S MAG. 2 |

## ORDER AND JUDGMENT

Having considered the foregoing motion made on behalf of Rachel Hines, widow of Claimant Todd Ballard Hines, the facts and circumstances being in favor of the granting thereof;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Ex-Parte Motion be and it is hereby granted, allowing the submission of the Coroner's Report and Death Certificate into the record as exhibits to claimant's Opposition Memorandum to plaintiffs-in-limitation's motin to dismiss.

New Orleans, Louisiana, this _28_ day of _July_ , 2003.

HONORABLE MARY ANN VIAL LEMMON
JUDGE, SECTION S

AND FORENSIC FACILITY
707-B E. PRIEN LAKE ROAD
LAKE CHARLES, LA 70601-8613
PHONE (337) 477-7537  FAX (337) 477-7599

TERRY WELKE, M.D.  
Coroner and Forensic Pathologist

ZEB JOHNSON  
Investigator

Case No. CPCO-048-2003

**Name:** Hines, Todd    **Age:** 40    **Race:** White    **Sex:** Male

**Date of Death:** March 28, 2003    **Date of Examination:** March 29, 2003  
**Time of Death:** Estim. 1:00 A.M.    **Time of Examination:** 4:00 P.M.

**Pronounced:** Women and Children's Hospital
Lake Charles, LA

### EXTERNAL EXAMINATION ONLY

### EXTERNAL EXAMINATION:

Clothing on body: blue jeans; multicolored, long-sleeve shirt; blue boxer underwear; pair of white socks. There is no jewelry. $10.06 in cash is also with the body.

This is the body of a normally-developed, white, male appearing the recorded 40 years of age. Body build is average and nutritional status is greater than average. The body measures 74 inches in length and weighs 225 pounds. Preservation of the body exhibits very early decomposition as evidenced by skin slippage on the right frontal abdomen and dried fingertips. The body is not embalmed. Non-fixed lividity is developed across the right upper body and is of normal color. Rigidity is absent and the body surface is cool to touch following refrigeration. The hairline is normal and the scalp contains a full amount of straight, gray-brown hair with a maximum length of 3 inches. The sideburns terminate near the middles of the ears. The eyebrows are brown. Body hair is of male distribution and is average in amount. The eyes are open; cornea are slightly cloudy; irides are blue; a black horizontal stripe is across the frontal surfaces of both eyes. The teeth are natural. The limbs are equal and symmetrically developed. The scalp, ears, nose, mouth, face, neck, chest, abdomen, extremities, back and buttocks are unremarkable. Genitalia are those of a circumcised male. Small scars are on the arms and legs; in the left lower quadrant of the abdomen are a 4-inch scar and a 6-inch scar.

**EVIDENCE OF TREATMENT:** NONE.

DO NOT COPY
CONFIDENTIAL MEDICAL INFORMATION
DO NOT DISCLOSE IN ANY FORM
WITHOUT WRITTEN AUTHORIZATION
...



**EVIDENCE OF INJURY:** NONE. However, a faint pinkish-blue bruise is on the palmar surface of the left forearm measuring 2-1/2 x 1-1/4 inches. Healing lacerations (skin tears) are in the following areas: palmar surface of the left wrist, 1-1/2 inches; back of the left wrist, 3/4-inch; below the left knee, 3/16-inch. A 3/16 x 1/8-inch scrape is below the right knee; the left outer ankle and foot are blue and swollen.

Chemical analysis of body fluids shows a blood alcohol of 0.67%.

**FINDINGS:**

1. Probable mixed drug intoxication.
    a. History of being found unresponsive in motor vehicle.
    b. No evidence of recent injury.
    c. Elevated levels of medications in body fluids.

2. Scrape: right lower leg.

3. Contusion: left ankle and foot.

4. Healing lacerations: left upper arm, left knee.

5. No evidence of recent injury.

**HISTORY:** The decedent was found unresponsive on the front passenger's seat of a motor vehicle under unusual circumstances. Apparently, Mr. Hines had fallen asleep on the passenger's seat and the driver was unable to arouse, or move, him, and left him in the vehicle. Allegedly, the driver did not return to his vehicle until the following night where he discovered Mr. Hines' body. Allegedly, he contacted family members who asked him to drive Mr. Hines to a Lake Charles hospital emergency room.

**CONCLUSION:** It is my opinion that Todd Hines, a 40-year-old white male, probably died as the result of mixed drug intoxication after being found unresponsive in a motor vehicle under unusual circumstances. Elevated levels of medications were found in body fluids which included: diphenhydramine (Benadryl, a medication for itching and sedation); citalopram (Celexa, a medication for depression); meprobamate (Miltown, Equanil, medication for sedation); hydrocodone (Vicodin, a potent narcotic pain medication); cocaine (a potent narcotic nervous system stimulant). There was no evidence of recent injuries.

**MANNER OF DEATH:** UNDETERMINED.

DO NOT COPY
CONFIDENTIAL MEDICAL INFORMATION
DO NOT DISSEMINATE
WITHOUT AUTHORIZATION
FROM CORONER'S OFFICE

2



_____
Terry Welke, M.D.

## TOXICOLOGY:

    Blood Alcohol from Women & Children's Hospital:   .0067 g/dl

    Blood Alcohol and Acetone Screen:      negative

    Blood Drug Screen:
                                    0.02 mg/L diphenhydramine
                                    0.07 mg/L citalopram
                                    7.2 mg/L meprobamate
                                    0.11 mg/L hydrocodone
                                    0.114 mg/L ecgonine methyl ester
                                    0.681 mg/L benzoylecgonine
                                    <0.02 mg/L cocaine

TW/mf

DO NOT COPY
CONFIDENTIAL ...
...
...

3


COPY



**SOUTHWESTERN
INSTITUTE OF FORENSIC SCIENCES
AT DALLAS**

TELEPHONE 214-920-5990
FAX 214-920-5812

Reply To
5230 Medical Center Drive
Dallas, Texas
75235-7710

Criminal Investigation Laboratory

## CORRECTED REPORT

May 27, 2003

TOXICOLOGY REPORT FL# 03H0084

Terry L. Welke, M.D.
Chief Medical Examiner
707-B East Prien Lake Road
Lake Charles, Louisiana 70601-8613

RE:     Todd Hines
        CPCO # 048-03

**SPECIMEN RECEIVED:**

Received:       One (1) red top and two (2) grey top test tubes containing blood
Delivered by:   mail
Received by:    C. Augustus
Date received:  April 8, 2003

**ANALYSIS REQUESTED:**

Alcohol and Acetone Screen and Drug Screen

**RESULTS:**

Blood Alcohol and Acetone Screen:        negative

Blood Drug Screen:                       0.02 mg/L diphenhydramine
                                         0.07 mg/L citalopram
                                         7.2 mg/L meprobamate
                                         0.11 mg/L hydrocodone
                                         0.114 mg/L ecgonine methyl ester
                                         0.681 mg/L benzoylecgonine
                                         <0.02 mg/L cocaine

Toxicologist _____    _____ 5-27-03
             Elizabeth Todd, Ph.D.       D. C. Heartsill

jtb

COPY

# STATE OF LOUISIANA
# CERTIFICATE OF DEATH

**IMPORTANT**

BIRTH No. _____  FILE No. 117 C4805

## DECEDENT

| Last Name | First Name | Middle | Date of Death |
|---|---|---|---|
| Hines | Todd | | March 28 2003 |

| Time of Death | Sex | Race | Marital Status | Spouse |
|---|---|---|---|---|
| EST 1:00 AM | Male | White | Married | Rachel Veillon |

| Date of Birth | Age |
|---|---|
| October 23 1962 | 40 |

| Occupation | Business | |
|---|---|---|
| Sheet Metal Worker | Construction | No |

| Armed Forces | Social Security Number | Education |
|---|---|---|
| Yes | 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 | 12 |

Place of Death: [X] Other

## PLACE OF DEATH

2120 Country Club Rd.    Yes

Lake Charles    Calcasieu

## RESIDENCE

715 Cricket Ln.    Calcasieu    Louisiana

Lake Charles    70605    Yes

## PARENTS

| Father's Last Name | First | Middle | Place of Birth | State |
|---|---|---|---|---|
| Hines, Jr. | Earl | | Beaumont | TX |

| Mother's Maiden Name | First | Middle | Place of Birth | State |
|---|---|---|---|---|
| Acker | Phyllis | | | |

## INFORMANT

Beverly Hines    900 Bayou Oak Ln. Lake Charles, LA 70605    Mar 28 2003

## DISPOSITION

[X] Burial    April 03 2003    Lake Charles Crematory, L.L.C. Lake Charles, LA

Johnson Funeral Home
P.O. Box 4888
Lake Charles, La. 70606-4888    911

## REGISTRAR

Calcasieu

## MANNER OF DEATH

[X] Undetermined

March 27, 2003    P.M.    NO    Apparently, ingested excessive amounts of medications.

Unknown    Unknown, Lake Charles, Calcasieu, LA

## CERTIFIER

CORONER    [signature] Terry Welke, MD    7/8/2003

Terry Welke, M.D. Coroner    707 East Prien Lake Rd. Lake Charles, LA 70601

## CAUSE OF DEATH

PROBABLE MIXED DRUG INTOXICATION    BRIEF

DO NOT COPY
CONFIDENTIAL MEDICAL INFORMATION

COPY

OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY