

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 25 PM 3:03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce Investment Co., Inc., as the Owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. Section 183 *et seq.* | * * * * * * | CIVIL ACTION<br><br>NUMBER 00-0372<br><br>SECTION S MAG. 2 |

## MOTION FOR EXPEDITED HEARING

Now comes Rachel Hines, widow of Todd Ballard Hines, Claimant in Limitation, through undersigned counsel, who suggests to the Court the following:

1.

Claimant was recently substituted for decedent Todd Hines. Claimant now seeks to appear in her capacity as representative of the Estate of Todd Hines and in her individual capacity as widow of Todd Hines in response to the vessel owner's motion to dismiss which is pending before this Court.

2.

The Court's next hearing date is October 1, 2003. Claimant seeks a hearing before that date so that the Court can rule on defendant's motion with claimant appearing in both capacities. Part

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No. 139

of defendant's basis for its motion to dismiss is that there is no one appearing for the estate. Allowing claimant to appear as the representative of the estate will cure this objection.

WHEREFORE, claimant Rachel Hines moves this Honorable Court to grant an expedited hearing in this matter.

Respectfully submitted,

_____
Danny J. Lirette (Bar Roll #8619)
Dexter A. Gary (Bar Roll #21292)
LIRETTE, GARY & SPENCE, L.L.C.
10 Professional Drive
Post Office Box 2968
Houma, Louisiana  70361-2968
Telephone: (985) 876-2997
COUNSEL FOR CLAIMANT,
 RACHEL HINES

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 25th day of July, 2003, served a copy of the foregoing pleading on counsel for all parties to this proceeding, via telecopier and by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
Danny J. Lirette   - #8619

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce | * | CIVIL ACTION |
| Investment Co., Inc., as the Owner of | * | |
| M/V SUPPLIER, and Gulf Tran, Inc., | * | |
| as the Operator of M/V SUPPLIER, Praying | * | NUMBER 00-0372 |
| for Exoneration from or Limitation of Liability | * | |
| Pursuant to 46 U.S.C. Section 183 *et seq*. | * | SECTION S MAG. 2 |

## MOTION TO BE ADDED AS PARTY-CLAIMANT IN LIMITATION PROCEEDINGS

Now comes Rachel Hines, widow of Todd Ballard Hines, (Former claimant in Limitation), and now Provisional Administratrix of the Estate of Todd Ballard Hines, through undersigned counsel, who suggests to the Court the following:

1.

By prior order of this court Rachel Hines was allowed to be substituted as claimant as a result of the death of Todd Ballard Hines. Subsequent to this order, Rachel Hines has qualified as Provisional Administratrix of the Estate of Todd Ballard Hines.

2.

Rachel Hines now seeks to be added as a claimant in her capacity as the Provisional Administratrix of the Estate of Todd Ballard Hines as well as her individual capacity. Allowing

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

Rachel Hines to appear in both capacities will resolve any dispute as to the proper party to be substituted in the place of the decedent Todd Ballard Hines.

WHEREFORE, in accordance with Rule 25 of the Federal Rules of Civil Procedure, Rachel Hines, Todd Ballard Hines' widow, moves this Honorable Court to substitute her as the claimant in all matters pertaining to the instant action, in her individual capacity **and** as Provisional Administratrix of the Estate of Todd Ballard Hines.

Respectfully submitted,

_____
Danny J. Lirette (Bar Roll #8619)
Dexter A. Gary (Bar Roll #21292)
LIRETTE, GARY & SPENCE, L.L.C.
10 Professional Drive
Post Office Box 2968
Houma, Louisiana  70361-2968
Telephone: (985)  876-2997
COUNSEL FOR RACHEL HINES

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 25th day of July, 2003, served a copy of the foregoing pleading on counsel for all parties to this proceeding, via telecopier and by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
Danny J. Lirette    #8619

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce | * | CIVIL ACTION |
| Investment Co., Inc., as the Owner of | * | |
| M/V SUPPLIER, and Gulf Tran, Inc., | * | |
| as the Operator of M/V SUPPLIER, Praying | * | NUMBER 00-0372 |
| for Exoneration from or Limitation of Liability | * | |
| Pursuant to 46 U.S.C. Section 183 *et seq.* | * | SECTION S MAG. 2 |

### MEMORANDUM IN SUPPORT OF MOTION TO ADD PARTY-CLAIMANT IN LIMITATION PROCEEDINGS

Todd B. Hines, a passenger aboard the M/V SUPPLIER, was injured on December 24, 1998, when the bunk in which he was lying broke away from the bulkhead causing Todd to fall striking his face, head and body on the floor below. A limitation action was brought by Gulf Tran, Inc., naming Todd B. Hines as the party-claimant in the proceeding. This matter proceeded to trial before the Court on December 9, 10 and 12, 2002. Following the trial, and specifically on March 28, 2003, Todd B. Hines died of causes unrelated to injuries he sustained in the accident at issue.

Todd is survived by his widow, Rachel Hines. By order of this court Rachel Hines was allowed to be substituted as the party claimant. Subsequent to this order Rachel Hines has qualified as Provisional Administratrix of the Estate of Todd Ballard Hines. She now seeks leave of court to

be added in her capacity as Provisional Administratrix of the Estate of Todd Ballard Hines. Allowing Rachel Hines to be substituted as claimant in both her individual capacity and as representative of the Estate of Todd Ballard Hines will resolve any dispute as to who is the proper party, the widow individually or the representative of the estate.

Respectfully submitted,

_____
Danny J. Lirette (Bar Roll #8619)
Dexter A. Gary (Bar Roll #21292)
LIRETTE, GARY & SPENCE, L.L.C.
10 Professional Drive
Post Office Box 2968
Houma, Louisiana   70361-2968
Telephone: (985)   876-2997
COUNSEL FOR RACHEL HINES

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 25th day of July, 2003, served a copy of the foregoing pleading on counsel for all parties to this proceeding, via telecopier and by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
Danny J. Lirette    #8619