FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 28 PM 4: 02

LORETTA G. WHYTE
         CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE             CIVIL ACTION
COMPLAINT OF BRUCE INVEST         NO: 00-0372
CO., INC.

                                  SECTION: "S" (2)


ORDER

IT IS HEREBY ORDERED that Rachel Hines's motion for an expedited hearing is **DENIED** as moot. See Order and Reasons dated July 8, 2003. (Document #139.)

IT IS FURTHER ORDERED that Rachel Hines is substituted as the representative of the estate of Todd Ballard Hines pursuant to Rule 25 of the Federal Rules of Civil Procedure.


NEW ORLEANS, LOUISIANA, THIS 28 DAY OF July, 2003.


                    _____
                         MARY ANN VIAL LEMMON
                    UNITED STATES DISTRICT JUDGE


___ Fee_____
___ Process____
_X_ Dktd 16
___ CtRmDep
___ Doc. No. 140

DATE OF ENTRY
JUL 29 2003