

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE   CIVIL ACTION
COMPLAINT OF BRUCE     NO: 00-0372
INVESTMENT CO., INC.

SECTION: "S" (2)


**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of claimant Todd Hines and against Bruce Investment Co., Inc. and Gulf Tran, Inc. in the amount of $842,544.28 plus legal interest from December 24, 1998.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Bruce Investment Co, Inc. and Gulf Tran, Inc., limiting their liability to $550,000, the stipulated value of the vessel.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment herein dismissing the intervention of the Louisiana Workers' Compensation Corporation.

NEW ORLEANS, LOUISIANA, THIS  /2  DAY OF November, 2003.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
X   Dktd_____
___ CtRmDep___
___ Doc. No. 144

DATE OF ENTRY
NOV 1 3 2003