

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 NOV 18 PM 3:56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In the Matter of the Complaint of BRUCE INVESTMENT CO., INC., as the Owner of M/V SUPPLIER, and GULF TRAN, INC., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 467 U.S.C. § 183 *et seq.*** | **CIVIL ACTION**<br><br>**NO. 00-0372**<br><br>**SECTION S     MAG. DIV. 2**<br><br>**JUDGE LEMMON**<br><br>**MAGISTRATE WILKINSON** |

## MOTION TO SUBSTITUTE COUNSEL AND ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Petitioners-in-Limitation Bruce Investment Co., Inc., and Gulf Tran, Inc., and move this Honorable Court to allow them to substitute Thomas J. Cortazzo (Bar No. 18174), as trial attorney, David L. Carrigee (Bar No. 3892) and the firm of Burke & Mayer, PLC, as their counsel of record in place of Fred E. Salley and the firm of Salley & Associates.

134121

DATE OF ENTRY

NOV 2 1 2003

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 145

Respectfully submitted,

_____
**FRED E. SALLEY, T.A. - #11665**
**SALLEY & ASSOCIATES**
P.O. Box 3549
77378 Hwy. 1081, Cretien Annex
Covington, LA 70434
Telephone:   (985) 867-9925
Facsimile:   (985) 867-8927

_____
**THOMAS J. CORTAZZO, T.A. - #18174**
**DAVID L. CARRIGEE - #3892**
**BURKE & MAYER, PLC**
Energy Centre - 20th Floor
1100 Poydras Street
New Orleans, LA 70163-2000
Telephone:   (504)569-2900
Facsimile:   (504)569-2099

**Attorneys for plaintiffs**
**Bruce Investment Co., Inc., and**
**Gulf Tran, Inc.**

## CERTIFICATE OF SERVICE

A copy of the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail, postage prepaid, and properly addressed this 18th day of November, 2003.

_____

134121

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint of<br>BRUCE INVESTMENT, CO., INC.,<br>as the Owner of M/V SUPPLIER, and<br>GULF TRAN, INC., as the Operator<br>of M/V SUPPLIER, Praying for<br>Exoneration from or Limitation of<br>Liability Pursuant to 467 U.S.C. § 183<br>*et seq.* | CIVIL ACTION<br><br>NO. 00-0372<br><br>SECTION S      MAG. DIV. 2<br><br>JUDGE LEMMON<br><br>MAGISTRATE WILKINSON |

## ORDER

CONSIDERING THE FOREGOING:

**IT IS ORDERED** that Thomas J. Cortazzo, David L. Carrigee and the firm of Burke & Mayer, PLC, be substituted and enrolled as counsel of record for Petitioners-in-Limitation Bruce Investment Co., Inc., and Gulf Tran, Inc., in place of Fred E. Salley and the firm of Salley & Associates.

New Orleans, Louisiana, this 20th day of _November_, 2003.

_____
UNITED STATES ~~~~~~~ JUDGE
mag.

134121