

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 11  PM 3:47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In the Matter of the Complaint of BRUCE INVESTMENT CO., INC., as the Owner of M/V SUPPLIER, and GULF TRAN, INC., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 467 U.S.C. § 183 *et seq.*** | **CIVIL ACTION**<br><br>**NO. 00-0372**<br><br>**SECTION S      MAG. DIV. 2**<br><br>**JUDGE MARY ANN VIAL LEMMON**<br><br>**MAGISTRATE JOSEPH C. WILKINSON, JR.** |

## NOTICE OF APPEAL

Notice is hereby given that Complainants-in-Limitation, Bruce Investment Co., Inc., and Gulf Tran, Inc., hereby appeal pursuant to 28 U.S.C. § 1291 to the United States Court of Appeals for the Fifth Circuit from the "Final Judgment" entered in this action on the 13th day of November, 2003, including all decisions, orders and findings in the action.

___ Fee $255ᵗᵐ paid
___ Process____
X  Dktd____
___ CtRmDep.____
___ Doc. No._146_

135145

Respectfully submitted,

**THOMAS J. CORTAZZO, T.A. - #18174**
**DAVID L. CARRIGEE - #3892**
**BURKE & MAYER, PLC**
Energy Centre - 20th Floor
1100 Poydras Street
New Orleans, LA 70163-2000
Telephone:   (504)569-2900
Facsimile:    (504)569-2099

**Attorneys for Bruce Investment Co., Inc.,**
**and Gulf Tran, Inc.**

## CERTIFICATE OF SERVICE

A copy of the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail, postage prepaid, and properly addressed this \_\_\_ day of December, 2003.

135145

-2-