

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 12 PM 3:26

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In the Matter of the Complaint of Bruce** | * | **CIVIL ACTION** |
| **Investment Co., Inc., as the Owner of** | * | |
| **M/V SUPPLIER, and Gulf Tran, Inc.,** | * | |
| **as the Operator of M/V SUPPLIER, Praying** | * | **NUMBER 00-0372** |
| **for Exoneration from or Limitation of Liability** | | |
| **Pursuant to 46 U.S.C. Section 183 *et seq.*** | * | **SECTION S MAG. 2** |

*******************************************************************************

## NOTICE OF APPEAL

Notice is hereby given that Louisiana Workers' Compensation Corporation, intervenor, in the above-named case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment entered in this action on the 12th day of November, 2003. (A copy of the Judgment is attached hereto).

Respectfully submitted:

David K. Johnson
Bar Roll No. 1998
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
(225) 231-0755
Counsel for Louisiana Workers'
Compensation Corporation

Fee 255.
Process
X Dktd
CtRmDep
Doc. No. 147

**CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served on counsel for all parties by placing same in the United States Mail, postage prepaid, addressed to their respective offices, this 12 day of December, 2003.

David K. Johnson




UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT OF BRUCE INVESTMENT CO., INC.

CIVIL ACTION
NO: 00-0372

SECTION: "S" (2)

**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of claimant Todd Hines and against Bruce Investment Co., Inc. and Gulf Tran, Inc. in the amount of $842,544.28 plus legal interest from December 24, 1998.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Bruce Investment Co, Inc. and Gulf Tran, Inc., limiting their liability to $550,000, the stipulated value of the vessel.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment herein dismissing the intervention of the Louisiana Workers' Compensation Corporation.

NEW ORLEANS, LOUISIANA, THIS 12 DAY OF November, 2003.

Mary Ann Vial Lemmon

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
X Dktd
✓ CtRmDep
___ Doc. No. 144

DATE OF ENTRY
NOV 13 2003