

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of the Complaint of Bruce Investment Co., Inc., as the Owner of M/V SUPPLIER, and Gulf Tran, Inc., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 46 U.S.C. Section 183 *et seq.* | * * * * * * | CIVIL ACTION<br><br>NUMBER 00-0372<br><br>SECTION S MAG. 2 |

**NOTICE OF APPEAL**

Notice is hereby given that Rachel Hines, individually as widow of Todd Ballard Hines, (former Claimant in Limitation), and as Provisional Administratrix of the Estate of Todd Ballard Hines hereby appeals pursuant to 28 U.S.C. 1291 to the United States Court of Appeals for the Fifth Circuit from the "Final Judgment" entered in this action on the 13th day of November, 2003.

Respectfully submitted,

DANNY J. LIRETTE      ( #8619)
DEXTER A. GARY        (#21292)
LIRETTE, GARY & SPENCE, L.L.C.
10 Professional Drive
P.O. Box 2968
Houma, Louisiana 70361
Telephone: (985) 876-2997
Counsel for Rachel Hines

Fee not paid

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of December, 2003, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same through the United States Mail, properly addressed and first class postage prepaid and/or facsimile.

_____
DANNY J. LIRETTE