


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint of BRUCE INVESTMENT CO., INC., as the Owner of M/V SUPPLIER, and GULF TRAN, INC., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 467 U.S.C. § 183 *et seq.* | CIVIL ACTION<br><br>NO. 00-0372<br><br>SECTION S    MAG. DIV. 2<br><br>JUDGE MARY ANN VIAL LEMMON<br><br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY, AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE

**NOW INTO COURT**, through undersigned counsel, come Complainants-in-Limitation Bruce Investment Co., Inc., and Gulf Tran, Inc., and respectfully move this Honorable Court for Leave to file the attached Reply in support of their Motion to Stay Enforcement of Judgment. This Motion for Leave is supported as follows:

When the Motion to Stay was filed, movants briefly recited the undisputed facts in support of the Motion to Stay by means of a short Supporting Memorandum incorporated in the Motion. Since that time, claimant has filed a Memorandum in opposition to the Motion

135462   DATE OF ENTRY   DEC 3 0 2003

— Fee___
— Process___
X Dktd___
— CtRmDep___
— Doc. No. 151

to Stay. Therefore, Bruce and Gulf Tran are obliged to provide the Court with more detailed factual and legal support for the Motion to Stay and respond to the argument submitted by claimant.

For the foregoing reasons, Gulf Tran and Bruce respectfully urge the Court to execute the accompanying Order, granting Leave for them to file their Reply in support of the Motion to Stay.

Respectfully submitted,

_____
THOMAS J. CORTAZZO, T.A. - #18174
DAVID L. CARRIGEE - #3892
BURKE & MAYER, PLC
Energy Centre - 20th Floor
1100 Poydras Street
New Orleans, LA 70163-2000
Telephone: (504)569-2900
Facsimile: (504)569-2099

**Attorneys for Bruce Investment Co., Inc., and Gulf Tran, Inc.**

## CERTIFICATE OF SERVICE

A copy of the foregoing pleading has been served on all counsel of record by facsimile and by placing same in the U.S. Mail, postage prepaid, and properly addressed this 23rd day of December, 2003.

_____

135462

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint of BRUCE INVESTMENT CO., INC., as the Owner of M/V SUPPLIER, and GULF TRAN, INC., as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 467 U.S.C. § 183 *et seq.* | CIVIL ACTION<br><br>NO. 00-0372<br><br>SECTION S    MAG. DIV. 2<br><br>JUDGE MARY ANN VIAL LEMMON<br><br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Leave to File Reply in Support of Motion to Stay,

**IT IS HEREBY ORDERED** that the foregoing Motion for Leave of Court is granted, Leave is granted to file the Reply in support of Complainant-in-Limitation's Motion to Stay Enforcement of Judgment, and the Reply is hereby deemed filed and served.

New Orleans, Louisiana, this 29 day of December, 2003.

UNITED STATES DISTRICT JUDGE

135174