

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint of **BRUCE INVESTMENT CO., INC.,** as the Owner of M/V SUPPLIER, and **GULF TRAN, INC.,** as the Operator of M/V SUPPLIER, Praying for Exoneration from or Limitation of Liability Pursuant to 467 U.S.C. § 183 *et seq.* | CIVIL ACTION<br><br>NO. 00-0372<br><br>SECTION S    MAG. DIV. 2<br><br>JUDGE MARY ANN VIAL LEMMON<br><br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

## MOTION TO STAY ENFORCEMENT OF JUDGMENT, AND INCORPORATED SUPPORTING MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, come Complainants-in-Limitation, Bruce Investment Co., Inc., and Gulf Tran, Inc., and move this Honorable Court for an Order staying the enforcement and execution of this Court's Judgment entered in this action on the 13th day of November, 2003, until the final determination of the appeal by Complainants-in-Limitation.

DATE OF ENTRY
JAN 0 6 2004

135174

An Ad Interim Stipulation with adequate surety has already been filed by Bruce and Gulf Tran for the full value of their interests in the vessel and their pending freight in the sum of $550,000 with interest at the rate of 6% per annum standing as security for payment of the amount, if any, up to the full amount of the surety's full undertaking in the Stipulation, awarded by the final decree rendered by this Court and an appellate Court, with interest. The Stipulation was filed on February 4, 2000, as Document No. 3 in the Court Record. By Order entered February 9, 2000, the Court accepted the Stipulation and approved it as to form, quantum and surety (Document No. 3 of the Court Record). By Minute Entry dated December 3, 2002 (Document No. 110 of the Court Record), the Court noted that Claimant Todd Hines withdrew his Motion to increase security and assured the Court that he did not challenge the fact that the value of the vessel is $550,000.

Bruce and Gulf Tran have filed herein their Notice of Appeal to which they are entitled as of right under Rule 62, Fed. R. Civ. Pro. This Court retains jurisdiction to grant the Motion for Stay and to approve security.

For the foregoing reasons, Bruce and Gulf Tran respectfully urge the Court to enter the attached Order, staying all actions to enforce or execute the Court's Judgment herein.

Respectfully submitted,

_____
**THOMAS J. CORTAZZO, T.A. - #18174
DAVID L. CARRIGEE - #3892
BURKE & MAYER, PLC**
Energy Centre - 20th Floor
1100 Poydras Street
New Orleans, LA 70163-2000
Telephone:  (504)569-2900
Facsimile:  (504)569-2099

**Attorneys for Bruce Investment Co., Inc.,
and Gulf Tran, Inc.**

### CERTIFICATE OF SERVICE

A copy of the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail, postage prepaid, and properly addressed this \_\_\_ day of December, 2003.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint of<br>BRUCE INVESTMENT CO., INC.,<br>as the Owner of M/V SUPPLIER, and<br>GULF TRAN, INC., as the Operator<br>of M/V SUPPLIER, Praying for<br>Exoneration from or Limitation of<br>Liability Pursuant to 467 U.S.C. § 183<br>*et seq.* | CIVIL ACTION<br><br>NO. 00-0372<br><br>SECTION S    MAG. DIV. 2<br><br>JUDGE MARY ANN VIAL LEMMON<br><br>MAGISTRATE JOSEPH C.<br>WILKINSON, JR. |

### ORDER

Considering the foregoing Motion to Stay Enforcement of Judgment,

**IT IS HEREBY ORDERED** that the Motion is granted, the enforcement and execution of this Court's Judgment entered in this action on the 13th day of November, 2003, be, and hereby is, stayed until the final determination of the appeal by Complainants-in-Limitation.

New Orleans, Louisiana, this ___5___ day of December, 2003.

_____
UNITED STATES DISTRICT JUDGE

135174