```
                     ----------------
                        No. 03-31194
                     ----------------
                      CV 00-372-S
```

In Re: In the Matter of: BRUCE INVESTMENT CO, as Owner of
the M/V Supplier; GULF TRAN INC, as the Operator of M/V
Supplier

        Petitioners

```
----------------------------
```

BRUCE INVESTMENT CO, as Owner of the M/V Supplier; GULF TRAN
INC, as the Operator of M/V Supplier

        Petitioners - Appellants-Cross-Appellees


LOUISIANA WORKERS' COMPENSATION CORPORATION

        Intervenor - Appellant

v.

RACHEL HINES, widow of Todd Ballard Hines

        Claimant - Appellee-Cross-Appellant


ENTRY OF DISMISSAL

Pursuant to the joint motion of the parties these appeals are dismissed this 13th day of January, 2005, see FED. R. APP. P. 42(b).



CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
    Dianah Buttone, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
                    Deputy
New Orleans, Louisiana    JAN 13 2005

U. S. COURT OF APPEAL
FILED
JAN 1 0 2005
CHARLES R. FULBRUGE III
CLERK

CASE NO. 03-31194
CV 00-372-S

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

In Re: In the Matter of: BRUCE INVESTMENT CO., as Owner of the
M/V SUPPLIER; GULF TRAN, INC., as Operator of M/V SUPPLIER
Petitioners

BRUCE INVESTMENT CO., as Owner of M/V SUPPLIER;
GULF TRAN, INC., as the Operator of M/V SUPPLIER
Petitioners - Appellants - Cross-Appellees

LOUISIANA WORKERS' COMPENSATION CORPORATION
Intervenor - Appellant

VERSUS

RACHEL HINES, widow of Todd Ballard Hines
Claimant - Appellee - Cross-Appellant

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---

### JOINT MOTION TO DISMISS ALL APPEALS

---

**NOW INTO COURT**, through undersigned counsel, come Appellants-Cross-Appellees Bruce Investment Co., Inc., and Gulf Tran, Inc., Claimant-Appellee-Cross-Appellant, Rachel Hines, widow of Todd Ballard Hines, and Intervenor-Appellant Louisiana Workers' Compensation Corporation, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and Rule 42.1 of the Rules of the United States Court of Appeals for the Fifth Circuit, and upon suggesting to the Court that the parties

have resolved their differences amicably, move this Court for an order dismissing their appeals/cross-appeals with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
THOMAS J. CORTAZZO (#18174)
Appellants' Counsel
DAVID L. CARRIGEE (#3892)
BURKE & MAYER, PLC
Energy Centre - 20th Floor
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 569-2900
Facsimile: (504) 569-2099

Attorneys for Petitioners-Appellants-
Cross-Appellees Bruce Investment Co., Inc.,
and Gulf Tran, Inc.
(148250)

_____
DANNY J. LIRETTE (#8619)
LIRETTE, GARY & SPENCE, L.L.C.
10 Professional Drive
P. O. Box 2968
Houma, LA 70361
Telephone: (985) 876-2997

Attorneys for Claimant-Appellee-
Cross-Appellee Rachel Hines,
widow of Todd Ballard Hines

_____
DAVID K. JOHNSON (#1998)
JOHNSON, STILTNER & RAHMAN
2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, LA 70898-8001
Telephone: (225) 231-0755

Attorneys for Intervenor-Appellant
Louisiana Workers' Compensation
Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties through their counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 10th day of November, 2004.

_____

3

CASE NO. 03-31194

Cv 00-372 - S

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

In Re: In the Matter of: BRUCE INVESTMENT CO., as Owner of the M/V SUPPLIER; GULF TRAN, INC., as Operator of M/V SUPPLIER
Petitioners

BRUCE INVESTMENT CO., as Owner of M/V SUPPLIER;
GULF TRAN, INC., as the Operator of M/V SUPPLIER
Petitioners - Appellants - Cross-Appellees

LOUISIANA WORKERS' COMPENSATION CORPORATION
Intervenor - Appellant

VERSUS

RACHEL HINES, widow of Todd Ballard Hines
Claimant - Appellee - Cross-Appellant

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

### ORDER OF DISMISSAL

Considering the foregoing Motion to Dismiss Appeals,

**IT IS ORDERED, ADJUDGED AND DECREED** that the appeals/cross-appeals filed by Appellants-Cross-Appellees Bruce Investment Co., Inc., and Gulf Tran, Inc.; Claimant-Appellee-Cross-Appellant, Rachel Hines, widow of Todd Ballard Hines; and Intervenor-Appellant Louisiana Workers' Compensation

Corporation; in this matter be and the same are hereby dismissed, with prejudice to all parties, with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2005.

_____
**CLERK, U.S. FIFTH CIRCUIT
COURT OF APPEALS**

2