**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  MAR 9 2005

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 13, 2005

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

     No. 03-31194  In Re: Bruce Invst
         USDC No.   00-CV-372 -S

The following is (are) returned:

Original Record on Appeal,  ( 9 ) Vols.

Original Exhibits,  ( 1 ) Box     (  ) Env.

                         Sincerely,

                         CHARLES R. FULBRUGE III, Clerk

                         By: _____
                             Dianah B. Gallo, Deputy Clerk

REC-3

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____