

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Loretta G. Whyte                                          500 Camp Street
      Clerk                                           New Orleans, La 70130

August 3, 2006

Fred E. Salley
Salley & Associates
77378 Hwy. 1081 Cretian Hwy.
P. O. Box 3549
Covington, LA 70434

Re: Bruce Investment Co.
CA 00-372 "S"

    Rule 79.3 of the Local Rules of the U. S. District Court for the Eastern District of Louisiana provides that all exhibits placed in the custody of the Clerk be removed within thirty (30) days of the final disposition of the case in which they were submitted.

    Our records indicate that the exhibits offered by you on the attached list in the above numbered and entitled case still remain in our custody, and therefore are hereby being returned.

    Please acknowledge receipt of said exhibits by signing the enclosed copy of this letter in the space provided and returning same to this office.

Sincerely,

LORETTA G. WHYTE, CLERK

By: _____
       Deputy Clerk

**RECEIVED THE ABOVE EXHIBITS:**

_____
    (Signature)

_____
    (Name of Firm)

_____
    (Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Loretta G. Whyte                                            500 Camp Street
     Clerk                                           New Orleans, La 70130

August 3, 2006

Danny J. Lirette
Lirette, Gary & Spence, LLC
10 Professional Drive
P. O. Box 2968
Houma, LA 70361-2968

Re: Bruce Investment Co.
    CA 00-372 "S"

    Rule 79.3 of the Local Rules of the U. S. District Court for the Eastern District of Louisiana provides that all exhibits placed in the custody of the Clerk be removed within thirty (30) days of the final disposition of the case in which they were submitted.

    Our records indicate that the exhibits offered by you on the attached list in the above numbered and entitled case still remain in our custody, and therefore are hereby being returned.

    Please acknowledge receipt of said exhibits by signing the enclosed copy of this letter in the space provided and returning same to this office.

                                        Sincerely,

                                        LORETTA G. WHYTE, CLERK

                                        By: _____
                                                  Deputy Clerk

**RECEIVED THE ABOVE EXHIBITS:**

_____
        (Signature)

_____
        (Name of Firm)

_____
        (Date)

| DATE | PARTY OFFERING | EXHIBIT NUMBER | DESCRIPTION | REF | | |
|---|---|---|---|---|---|---|
| 12/9 | claimant | t-1 (A-1) | Accident report | | | |
| | | t-2 (A-2) | Report of marine accident | | | |
| | | t-3 (B) | Daily logs | | | |
| | | t-4 (C) | Certificate of inspection | | | |
| | | t-5 (D-1) | Claimant's tax return 1996 | | | |
| | | t-6 (D-2) | Claimant's tax return 1998 | | | |
| | | t-7 (D-3) | Claimant's social security earnings for Jan. 88 - Dec. 93 | | | |
| | | t-8 (D-4) | Claimant's social security earnings for Jan. 94 - Dec. 99 | | | |
| | | t-9 (D-5) | Letter from IRS | | | |
| | | t-10 (E) | Medical bills | | | |
| | | t-11 (F-1 thru F-8 | Photos of settee | | | |
| | | t-12 (G) | La. Workers Compensation policy | | | |
| | | t-13) (H) | Marine survey report | | | |
| | | t-14 (I) | Marine survey report | | | |
| | | t-15 (J-1 thru J-6 | Photos of M/V Supplier | | | |
| | | t-16 (K) | Ad interim Stipulation | | | |
| | | t-17 (L) | Drawing attached to depo of Rene Baxter | | | |
| | | t-18 (M-1) | Petition for damages filed in 17th JDC | | | |
| | | t-19 (M-2) | Return on petition for damages in the 17th JDC | | | |

| DATE | PARTY OFFERING | EXHIBIT NUMBER | DESCRIPTION | | |
|------|---------------|----------------|-------------|---|---|
|      |               | t-20 (M-3)     | Answer of Gulf Tran in the suit in 17th JDC | | |
|      |               |                |             | | |
|      | petitioner    | t-21 (D-E)     | Photo of hinges and screws | | |
| XXXXX | XXXXXXXXXX   | XXXXXXX        | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
|      |               |                |             | | |
| 12/10 | claimant     | t-22           | photo of safety placard | | |
| XXXXX | XXXXXXXXXX   | XXXXXXX        | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
|      |               |                |             | | |
| 12/12 | petitioner   | t-23 (exh A)   | Ad interim Stipulation with Schubert Affidavit (record doc. #3) | | |
|      |               | t-24 (exh B)   | Bill of sale | | |
|      |               | t-25 (exh C)   | Military records of Todd Hines | | |
|      |               | t-26 (exh D)   | Cypress Charter medical records 1,2 | | |
|      |               | t-27 (exh F)   | Original petition for Limitation of Liability in CA 00-372 (record doc. #1) | | |
|      |               | t-28 (exh G)   | Original order noting default (Record doc. #10) | | |
|      |               | t-29           | Supplemental attachment to Omega Natchiq deposition exhibits | | |
|      |               | t-30 (exh h)   | Curriculum Vitae of Dr. Rennie Culver | | |
|      |               | t-31           | Photo | | |
|      |               | t-32           | Photo | | |
|      |               | t-33           | Photo | | |
|      |               | t-34           | Handwritten statement of Baxter | | |