

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Loretta G. Whyte
    Clerk

500 Camp Street
New Orleans, La 70130

August 3, 2006

Danny J. Lirette
Lirette, Gary & Spence, LLC
10 Professional Drive
P. O. Box 2968
Houma, LA 70361-2968

Re: Bruce Investment Co.
CA 00-372 "S"

    Rule 79.3 of the Local Rules of the U. S. District Court for the Eastern District of Louisiana provides that all exhibits placed in the custody of the Clerk be removed within thirty (30) days of the final disposition of the case in which they were submitted.

    Our records indicate that the exhibits offered by you on the attached list in the above numbered and entitled case still remain in our custody, and therefore are hereby being returned.

    Please acknowledge receipt of said exhibits by signing the enclosed copy of this letter in the space provided and returning same to this office.

Sincerely,

LORETTA G. WHYTE, CLERK

By: _____
    Deputy Clerk

RECEIVED THE ABOVE EXHIBITS:

_____
(Signature) Danny J. Lirette

Lirette, Gary & Spence, LLC
(Name of Firm)

August 7, 2006
(Date)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____