

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Loretta G. Whyte                        500 Camp Street
     Clerk                               New Orleans, La 70130

August 3, 2006

Fred E. Salley
Salley & Associates
77378 Hwy. 1081 Cretian Hwy.
P. O. Box 3549
Covington, LA 70434

Re: Bruce Investment Co.
CA 00-372 "S"

     Rule 79.3 of the Local Rules of the U. S. District Court for the Eastern District of Louisiana provides that all exhibits placed in the custody of the Clerk be removed within thirty (30) days of the final disposition of the case in which they were submitted.

     Our records indicate that the exhibits offered by you on the attached list in the above numbered and entitled case still remain in our custody, and therefore are hereby being returned.

     Please acknowledge receipt of said exhibits by signing the enclosed copy of this letter in the space provided and returning same to this office.

                                        Sincerely,

                                        LORETTA G. WHYTE, CLERK

                                        By: _____
                                                Deputy Clerk

RECEIVED THE ABOVE EXHIBITS:

_____
(Signature)

_____
(Name of Firm)

8/4/2006
(Date)

                                                             ___ Fee_____
                                                             ___ Process___
                                                             X_ Dktd___
                                                             ___ CtRmDep___
                                                             ___ Doc. No___