UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In the Matter of the Complaint of<br>BRUCE INVESTMENT CO., INC.,<br>as the Owner of M/V SUPPLIER, and<br>GULF TRAN, INC., as the Operator<br>of M/V SUPPLIER, Praying for<br>Exoneration from or Limitation of<br>Liability Pursuant to 467 U.S.C. § 183<br>*et seq.* | CIVIL ACTION NO. 00-0372<br><br>SECTION S    MAG. DIV. 2<br><br>DISTRICT JUDGE:<br>MARY ANN VIAL LEMMON<br><br>MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON, JR. |

## NOTICE OF SATISFACTION OF JUDGMENT

WHEREAS, a Judgment was rendered in this action on or about November 12, 2003, in favor of Todd Ballard Hines and Rachel Hines, alleged widow of Todd Hines, in her individual capacity as well as in the capacity of so-called Provisional Administratrix of the Estate of Todd Ballard Hines (hereinafter sometimes collectively "claimants"), and against BRUCE INVESTMENT CO., INC. ("Bruce"), and GULF TRAN, INC. ("Gulf Tran");

WHEREAS, the parties filed Notices of Appeal on various issues;

WHEREAS, while the appeals were still pending and undecided, the parties settled their differences with, *inter alia*, claimants agreeing to accept as payment of the Judgment in full, and Gulf Tran agreeing to pay claimants, $350,000 in five equal installments;

WHEREAS, the aforesaid Judgment has now been fully satisfied by Gulf Tran's payments to claimants of $350,000 in five equal installments;

AND NOW, therefore, the Satisfaction of Judgment is hereby acknowledged, and the Clerk of Court is hereby authorized by Todd Ballard Hines and Rachel Hines, alleged widow of Todd Hines, in her individual capacity as well as in the capacity of so-called Provisional Administratrix of the Estate of Todd Ballard Hines, by and through their undersigned counsel of record, to mark the docket as SATISFIED in this matter and to otherwise cancel and discharge the Judgment.

Respectfully submitted,

/s/Danny J. Lirette        s/ Dexter Gary
**Danny J. Lirette (Bar Roll #8619)**
**Dexter A. Gary (Bar Roll #21292)**
**LIRETTE, GARY & SPENCE, L.L.C.**
10 Professional Drive
Post Office Box 2968
Houma, LA  70361-2968
Telephone:  (985) 876-2997
Facsimile:   (985) 868-2310
E-mail:  lirette@bellsouth.net

**Attorneys for Claimant, Rachel Hines**

## CERTIFICATE OF SERVICE

      I hereby certify that on this _30th_ day of _January_, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: John A. Bolles, Thomas J. Cortazzo, Richard A. Cozad and David K. Johnson. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

                                              _s/Danny J. Lirette_  _s/ DEXTER GARY_